UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

RICHMOND BROWN TAYLOR, SR., Cestui Que Vie Trust,
    Plaintiff/Petitioner/Creditor,

and

Richmond Brown of the family Taylor, Sole Beneficiary of the RICHMOND BROWN TAYLOR, SR., Cestui Que Vie Trust,

    3rd Party Interest Intervener Under Injury,

VS.

UNITED STATES OF AMERICA, INC.,
STATE OF MICHIGAN,
RICK SNYDER, GOVERNOR OF MI.,
BRIAN CALLEY, Lt. GOVERNOR, AND
DANIEL H. HEYNS, DIRECTOR., ET AL,
    Defendants/Respondents/Debtors.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~/

CASE NO. _____

Honorable: _____

FRCVP RULE 60.(b)(1)(3)(4)(5)(6) (d)(1)(2)(3).

ReFiled

4/11/13

*William H. Bonnee*

WILLIAM H BONNEE
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF CHIPPEWA
My Commission Expires March 24, 2019
Acting in the County of Chippewa

*Richmond B. Taylor Sr. LLC.*
TAYLOR.
4/11/13

STATE OF MICHIGAN

30th JUDICIAL CIRCUIT COURT FOR THE COUNTY OF INGHAM

CITY OF LANSING

---

RICHMOND BROWN TAYLOR,SR., Cestui Que Vie Trust,
    Plaintiff/Petitioner/Creditor,

and

Richmond Brown of the family Taylor, Sole Beneficiary of the RICHMOND BROWN TAYLOR,SR., Cestui Que Vie Trust,

    3rd Party Interest Intervener Under Injury,

VS.

UNITED STATES OF AMERICA,INC., STATE OF MICHIGAN, RICK SNYDER, GOVERNOR OF MI., BRIAN CALLEY, Lt.GOVERNOR, AND DANIEL H. HEYNS, DIRECTOR., ET AL,
    Defendants/Respondents/Debtors.
_____/

CASE NO._____

Honorable:_____

Creditor's Petition/Complaint is in accord with, (MCR 2.101(B);MCL 600.6434).

He's an indigent prisoner at this time and costs/fees must be waived MCR 2.002(D)(F).

Court Of Claims Case Codes are below in accord with (MCR 8.117)

The clerk may waive the summons requirements and assign a judge and case no. (MCR 2.102)

**COURT OF CLAIMS CASE CODES:**

| | |
|---|---|
| HIGHWAY DEFECTS | MD |
| HEALTH CARE PROVIDER MALPRACTICE | MH |
| CONTRACTS * | MK |
| CONSTITUTIONAL CLAIMS | MM |
| PRISONER LITIGATION | MP |
| TAX RELATED SUITS | MT |
| ALL OTHER CLAIMS FOR MONEY DAMAGES | MZ |

This Creditor respectfully requests case code MK for Contract issues.

**PETITION COMPLAINT BELOW**

P_E_T_I_T_I_O_N

I_N_ _T_H_E_ _C_O_U_R_T_ _O_F_ _C_L_A_I_M_S

3_0_T_H_ _J_U_D_I_C_I_A_L_ _C_I_R_C_U_I_T

V_E_T_E_R_A_N_S_ _M_E_M_O_R_I_A_L_ _C_O_U_R_T_H_O_U_S_E

NOW COMES the Creditor, Dr._Richmond_ Brown_ Taylor,_Sr.,_P.h.D., pursuant to JUDICATURE ACT OF 1961, Chapter 64., Court of Claims, MCL 600.6421; MCL 600.6437, 6440, 6455, 6458, and possible Precedents stemming from a State Court's CERTIFICATE OF APPEALABILITY states the following:

1. Plaintiff/Petitioner/Creditor have never filed a claim, in the court of claims, for the county of ingham, lansing michigan since and up onto this point.

2. This plaintiff takes control of his situation commercially, as a right in commercial law, and will guide the court effectively, for the relief sought, stating that he appeals from the 3rd Judicial Circuit Court's decision in contract court, transferring his claims to the court of claims, on FEBUARY_13th 2013, and stating in its Order that the court/CAYMC didn't hand down its Order until MARCH_20th_2013 and plaintiff didn't receive its Order until MARCH_25th 2013, and for further information for the court of claims, another later Order from that court was handed down on 04/03/13_date_of_the_envelope,_contents_dated for_02/13/13_received_by_plaintiff_04/05/13.

3. Exhibit 1 is an Order dated for March_20th_2013 by the CAYMC/contract court, and Exhibit 2 is factual information from Chief Judge Hon.**Lita Masini Popke** granting a State Court's CERTIFICATE OF APPEALABILITY.

4. Plaintiff have put on NOTICE the defendants in this matter, of his legal position, and his rights to be released from prison, but the defendants have handed the matter to the warden to decide who in turned denied plaintiff, on the grounds that the warden is not the court/or a court meaning that plaintiff's issues is for a court to decide: from 2010 to 2012 plaintiff have been petitioning and making a record of his complaints before the defendants of record.

5. Exhibit 3 is a demand for REQUEST AND WRIT FOR GARNISHMENT, or however the court choose to grant such relief in the amount of $20,000,000.00 to $100,000,000.00 to the effect, that if the court cannot rule in favor of the plaintiff, it should say so, and jurisdictionally forward such a claim to the UNITED SATES DISTRICT COURT - B 35 410 W. Michigan Ave. Kalamazoo Michigan 49007 (269)337-5706 / in the form of a CERTIFICATE OF APPEALABILITY please, because plaintiff does have a claim, and perhaps the court of claims cannot handle such an amount just yet, but may can do so in small disbursements if agreed upon by stipulations of the parties.

6. Also attached for the court of claims records, will be and is, an intent

to garnishee defendant in the Federal Court for his rightful release from prison/satisfying the judgments and lien discharged of and on any debt owed by plaintiff.

7. Plaintiff provides proof of his Cestui Que Vie Trust legal positions, and the court of claims must and is allowed to "Adopt" plaintiff legal position in order, to grant the respectful relief sought. The court must sign the ORDER attached for same **ORDER FOR ADOPTION** for the remedy in substitution for same, until plaintiff returns to his respectful place in society / in the working class.

8. Attached to this petition is one of the actual complaints, in the record, and the court of claims must consider same for its just, reasons to move in favor of plaintiff. Also attached to complaint, is plaintiff's common law copyright which does give plaintiff standing to file claims against Officials who are in their state capacity(s).

9. Plaintiff provides proof that he's indeed indigent, and the court of claims must waive same, and waive the requirements of the SUMMONS rules, of the court, and Order that defendants answer this complaint in 56 days upon receipt of the court's Order to do so/for procedural safeguard protection for plaintiff's rights and legal position.

Relief Sought

WHEREFORE, plaintiff moves the Court of Claims, to grant all relief in this matter, and what evermore relief it deems appropriate for him.

Dated: April 4th 2013.

*Richmond B. Taylor Sr. LLC*
Dr. Richmond Brown Taylor, Sr., P.h.D.

CC: Court of Claims/Federal Court
Attorney General's Office.