1 - PART 1



# THIRD JUDICIAL CIRCUIT
## OF MICHIGAN

DANIEL P. RYAN
CIRCUIT COURT JUDGE

COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVENUE
DETROIT, MICHIGAN 48226

(313) 224-5231

March 20, 2013

Richmond Brown Taylor,  #224931
Kinross Correctional Facility
16770 S. Water Tower Drive
Kincheloe, MI  49788

Re:    Case No. 12-014890-CK
       Taylor v Heyns, et al.

Dear Mr. Taylor,

My office has received your Request for Hearing on a Motion related to the above case number.  Please be advised that the case number referenced in your motion is a case that is in final status.  A non-service dismissal was signed by Judge Virgil Smith and filed with the court on February 13, 2013.  This case is closed.   Your motion is denied.

Sincerely,

/s/  Daniel P. Ryan
Daniel P. Ryan
Circuit Court Judge

DPR/caz

S T A T E   O F   M I C H I G A N

IN THE 30th JUDICIAL CIRCUIT COURT FOR THE COUNTY OF INGHAM

C I T Y   O F   L A N S I N G


RICHMOND BROWN TAYLOR,SR., Cestui
Que Vie Trust,
    Plaintiff/Petitioner/Creditor,


and


Richmond Brown of the family Taylor,
Sole Beneficiary of the RICHMOND
BROWN TAYLOR,SR., Cestui Que Vie
Trust,

    3rd Party Interest Interevener
    Under Injury,

VS.


UNITED STATES OF AMERICA,INC.,
STATE OF MICHIGAN,
RICK SNYDER, GOVERNOR OF MI.,
BRIAN CALLEY, LT.GOVERNOR, AND
DANIEL H. HEYNS, DIRECTOR., ET AL,
    Defendants/Respondents-Debtors.
---------------------------------------/

PRESIDING HONORABLE JUDGE:

Hon._____

Court of Claims Case Number:

No._13=_____=


LOCAL RULES OF THE THIRTIETH
JUDICIAL CIRCUIT [INGHAM COUNTY]
RULE 2.119 MOTION PRACTICE § (B)


    RULE 2.119(B) Motion Practice: This Creditor is petitioning the Court of Claims to decide his motion on a Wednesday APRIL 24TH, 2013 for CAYMC/From the Wayne County 3rd Judicial Circuit Court / e.g., CERTIFICATE OF APPEALABILITY from an Order by the:Honorable Judge Lita M. Popke's OPINION dated for MARCH 28th 2013 in the CAYMC's records / CLERK OF THE COURT - Cathy M. Garrett...pg, 3-4...2d ¶ beginning at line 4...to quote approval and recommendation of e.g.,CERTIFICATE OF APPEALABILITY:

    "The jurisdiction of the Court of Claims is granted by statute and is set forth in MCL 600.6419, which provides that the Court of Claims has power and jurisdiction/
        To hear and determine all claims and demands, liquidated and unliquidated, ex contractu and ex delicto, against the state and any of its departments, commissions, boards institutions, arms, or agencies.

**MCL 600.6419(1)(a).**

Judge's Opinion continued:
Although the Court of Claims is generally not vested with jurisdiction over
suits against individuals, it does have jurisdiction over suits against state
officers acting in their official capacities. **Lowery v. Dep't of Corrections**,
146 Mich App 342, 348-349; 380 NW2d 99 (1985). In determining whether an
individual qualifies as a "state officer," the primary focus is on the degree of
discretion and independence associated with the position.id.

In the instant case, all of the defendants are state officers acting in
their official capacities and they all have a high degree of discretion in each
of their individual official position. Hence, the Court of Claims is the only
court vested with jurisdiction over a suit such as the one before this Court in
which there **is a claim and demand against the state and various state officers**.


OPINION DATED: MARCH 28th 2013          **/s/Hon. Lita M. Popke**
                                        Judge Lita M. Popke
                                        A TRUE COPY/CATHY M. GARRETT
                                        WAYNE COUNTY CLERK

          --------------------------------------------------------------

     MCLA § 600.6431 Notice of Intention to File Claim, Contents, Time,
Verification, Copies;

     MCLA § 600.6455   Court of Claims; Judgment, Interest;

     MCLA § 600.6458   Judgment Against State, Payment;
     MCLA § 600.6461   Clerk's Report to Legislature, State Treasurer, and Budget
Directory / MCLA § 600.6464   judgment, discharge issues will be presented to he
Court of Claims in this matter.

     The court of Claims must Order the entire record from the CAYMC, to verify
the truth of this matter, and also it must calculate Creditor's **P R O O F  O F**

**I N D I G E N T  S T A T U S**


Dated: APRIL  _4th_, 2013.          _Richmond B. Taylor Sr. LLC._
                                        Dr. Richmond Brown Taylor, Sr., P.h.D.


CC: Court of Claims / Clerk               Attorney General's Office

Approved, SCAO

Original - Court
Copies as needed

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>30th Judicial Circuit | ORDER FOR RETURN OF PROPERTY OR<br>DISCHARGE OF LIEN IN<br>FORFEITURE PROCEEDINGS | CASE NO. |
|---|---|---|

**Court address** Veterans Memorial Courthouse / 313 West Kalamazoo St.    Lansing,MI 48901     **Court telephone no.**

☐ The People of the State of Michigan

☐ The People of _____

☑ In the matter of RICHARD TAYLOR 224931

v

**Defendant name, address, and telephone no.**
Rick Snyder, Governor of Michigan
Brian Calley, Lt.Governor, and
Daniel H. Heyns, Director of MDOC.

C O U R T   O F   C L A I M S

[ ORDER ]

**THE COURT FINDS:**

☑ 1. A warrant was not issued against a person for the commission of a crime within 7 days after the personal property was seized or within 7 days after the lien was filed on the real property.

☐ 2. All charges against the consenting legal owner relating to the commission of a crime were dismissed.

☐ 3. The consenting legal owner charged with committing a crime was acquitted of the crime.

☐ 4. The case involved multiple defendants and all persons charged with committing a crime were acquitted of the crime.

**IT IS ORDERED:**

☑ 5. The following personal property shall be returned to the owner: Cestui Que Vie Trust, RICHARD BROWN TAYLOR,SR.,224931.

☑ 6. The lien filed against the following real property shall be immediately discharged: Public Debt Contract No.91-2557 48 CFR § 28.203-4

| Date | Judge | Bar no. |
|---|---|---|

[ **NOTICE OF RETURN OF PROPERTY** ]

TO: Dr,Richmond Brown Taylor,Sr.,P.h.D.
18045 Albion St.
490 Phillip St.
1489 Mt.Clair St.
Detroit, Michigan 48234

*This notice must be given to all persons who were sent notice of seizure and intent to forfeit and dispose of property.

☑ 7. *Warden's Office For KCF* _____, representing the seizing agency, notifies you that
**Name (type or print)**
the personal property described above was returned to the owner.

☑ 8. The ☑ attorney general ☐ prosecuting attorney ☐ city/township attorney for *defendants, et al.,*
notifies you that the lien filed against the real property was discharged.

| Date | Signature |
|---|---|
| | Name (type or print) |

MCL 600.4705, MCL 600.4706, MCL 600.4706a

DC 44 (3/09) **ORDER FOR RETURN OF PROPERTY OR DISCHARGE OF LIEN IN FORFEITURE PROCEEDINGS**

| PROOF OF SERVICE | NOTICE OF RETURN OF PROPERTY<br>Case No. |

**TO PROCESS SERVER:** You must serve copies of the notice of return of property and file proof of service with the court clerk. If you are unable to complete service, you must return this original and all copies to the court clerk.

## CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE

| ☐ **OFFICER CERTIFICATE**<br>I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party (MCR 2.104[A][2]), and that: (notarization not required) | **OR** | ☐ **AFFIDAVIT OF PROCESS SERVER**<br>Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that: (notarization required) |

☐ I served personally a copy of the notice of return of property,

☐ I served by certified mail (copy of return receipt attached) a copy of the notice of return of property, on the following person(s):

| Name(s) | Complete address(es) of service | Day, date, time |
|---|---|---|
|  |  |  |
|  |  |  |

☐ I have personally attempted to serve the notice of return of property on the following person(s) and have been unable to complete service.

| Name(s) | Complete address(es) of service | Day, date, time |
|---|---|---|
|  |  |  |
|  |  |  |

I declare that the statements above are true to the best of my information, knowledge, and belief.

| Service fee<br>$ | Miles traveled  Fee<br>$ |  | Signature |
|---|---|---|---|
| Incorrect address fee<br>$ | Miles traveled  Fee<br>$ | TOTAL FEE<br>$ | Name (type or print) |
|  |  |  | Title |

Subscribed and sworn to before me on _____ , _____ County, Michigan.
                                         Date

My commission expires: _____  Signature: _____
                           Date                        Deputy court clerk/Notary public

Notary public, State of Michigan, County of _____

## NOTICE BY PUBLICATION

has been determined that the name and address of the person to whom this notice is directed cannot be reasonably ascertained r delivery of the notice cannot be reasonably accomplished. The notice on the other side was published for at least 10 consecutive ublishing days as required by law in a newspaper of general circulation in the county where the personal property was seized or is cated. Proof of publication is attached.

ate _____

Signature

Name (type or print)

Approved, SCAO

Original - Garnishee (Part 1)
1st copy - Defendant (Part 2)
2nd copy - Return (proof of service) (Part 2)
3rd copy - Plaintiff/Attorney (proof) (Part 2)
4th copy - Court (Part 2)

| • STATE OF MICHIGAN | REQUEST AND WRIT FOR GARNISHMENT | • CASE NO. |
|---|---|---|
| _____ JUDICIAL DISTRICT | (PERIODIC) | |
| 30th JUDICIAL CIRCUIT | | |

| Court address | • Zip code | Court telephone no. |
|---|---|---|
| COURT OF CLAIMS  313 West Kalamazoo St., Lansing MI 48901 | | |

| Plaintiff name and address (judgment creditor) | | Defendant name and address (judgment debtor) |
|---|---|---|
| Dr.Richmond Brown Taylor,Sr.,P.h.D.  224931  Kinross Correctional Facility | v | Rick Snyder, Governor of Michigan  Brian Calley, Lt. Governor, and  Daniel H. Heyns, Director of the MDOC |

| Plaintiff's attorney, bar no., and address | | Employee ID or account no. |
|---|---|---|
| C/O  16770 S. Water Tower Dr.  Kincheloe, Michigan 49788 uSA | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| | Garnishee name and address  WARDEN'S OFFICE / MDOC  KINROSS CORRECTIONAL FACILITY  KINCHELOE, MICHIGAN 49788 | |
| Telephone no. | | |

**REQUEST** | See instructions for item 2 on other side.

1. Plaintiff received judgment against defendant for $_____ on _____ .
2. The total amount of judgment interest accrued to date is $_____ . The total amount of postjudgment costs accrued to date is $_____ . The total amount of postjudgment payments made and credits to date is $_____ . **The amount of the unsatisfied judgment now due (including interest and costs) is • $_____ .**
3. Plaintiff knows or with good reason believes the garnishee is indebted to or possesses or controls property belonging to defendant.
4. **Plaintiff requests** a writ of periodic garnishment.

I declare that the statements above are true to the best of my information, knowledge, and belief.

04/04/2013
Date

_Richmond B. Taylor S. LLC_
Plaintiff/Agent/Attorney signature

**WRIT OF GARNISHMENT**   To be completed by the court. See other side for additional information and instructions.

**TO THE PLAINTIFF:** You must provide all copies of the disclosure form (MC 14), two copies of this writ, and a $6.00 disclosure fee for serving on the garnishee. You are responsible for having these documents served on the garnishee within 91 days. **NOTE:** The social security number field is blacked out for security reasons on all parts except the garnishee copy.

**TO THE DEFENDANT:**
1. You have **14 days** after this writ is mailed or delivered to you to file objections with the court. If you do not take this action within this time, without further notice, periodic payments owed to you may be withheld and paid directly to the plaintiff until this writ expires.

**TO THE GARNISHEE:**
1. Within **7 days** after you are served with this writ, you must deliver a copy of this writ to the defendant in person or mail a copy to his or her last-known address by first-class mail.
2. Within **14 days** after you are served with this writ, you must deliver or mail copies of your verified disclosure (form MC 14) to the court, plaintiff/attorney, and defendant. A default may be entered against you for failure to comply with this order.
3. Do not pay any obligations to the defendant unless allowed by statute or court rule.
4. If indebted, withholding must begin according to court rule (see instructions on the Garnishee Disclosure form). Unless notified that an objection has been filed, **28 days** after you are served with this writ you must begin forwarding withheld payments.
   **You are ordered to make all payments withheld under this writ payable to:**
   ☐ the plaintiff   ☐ the plaintiff's attorney   ☐ the court
   **and mail them to:** ☐ the plaintiff.   ☐ the plaintiff's attorney.   ☐ the court.
5. This periodic garnishment is effective until: a) the amount withheld equals or exceeds the amount of the unpaid judgment as stated in item 2 of the request, or b) the expiration date of this writ, whichever occurs first.
6. Within **14 days** after this writ expires, you must file a final statement of the total amount paid on this writ.

| Date of issue | Expiration date | Clerk of the court/Deputy |
|---|---|---|

MC 12  (10/12)  **REQUEST AND WRIT FOR GARNISHMENT (PERIODIC) (Part 2)**          MCL 600.4011 et seq., MCR 3.101

Exhibit 4

Cestui Que Vie Act 1666

http://www.legislation.gov.uk/aep/Cha2/18-19/11

# Cestui Que Vie Act 1666

1666 c. 11 (Regnal. 18_and_19_Cha_2)   Whole Act

Table of Contents   Content   More Resources

Previous  ·  Next                          Plain View   · ·   Print Options

Changes to legislation: There are currently no known outstanding effects for the Cestui Que Vie Act 1666.

## Cestui Que Vie Act 1666

### 1666 CHAPTER 11 18 and 19 Cha 2

An Act for Redresse of Inconveniencies by want of Proofe of the Deceases of Persons beyond the Seas or absenting themselves, upon whose Lives Estates doe depend.

X1 Recital that Cestui que vies have gone beyond Sea, and that Reversioners cannot find out whether they are alive or dead.

Whereas diverse Lords of Mannours and others have granted Estates by Lease for one or more life or lives, or else for yeares determinable upon one or more life or lives And it hath often happened that such person or persons for whose life or lives such Estates have beene granted have gone beyond the Seas or soe absented themselves for many yeares that the Lessors and Reversioners cannot finde out whether such person or persons be alive or dead by reason whereof such Lessors and Reversioners have beene held out of possession of their Tenements for many yeares after all the lives upon which such Estates depend are dead in regard that the Lessors and Reversioners when they have brought Actions for the recovery of their Tenements have beene put upon it to prove the death of their Tenants when it is almost impossible for them to discover the same, For remedy of which mischeife soe frequently happening to such Lessors or Reversioners.

| Annotations: |
| --- |
| Editorial Information |
| X1 | Abbreviations or contractions in the original form of this Act have been expanded into modern lettering in the text set out above and below. |
| Modifications etc. (not altering text) |
| C1 | Short title "The Cestui que Vie Act 1666" given by Statute Law Revision Act 1948 (c. 62), Sch. 2 |
| C2 | Preamble omitted in part under authority of Statute Law Revision Act 1948 (c. 62), Sch. 1 |
| C3 | Certain words of enactment repealed by Statute Law Revision Act 1888 (c. 3) and remainder omitted under authority of Statute Law Revision Act 1948 (c. 62), s. 3 |

[I.] Cestui que vie remaining beyond Sea for Seven Years together and no Proof of their Lives, Judge in Action to direct a Verdict as though Cestui que vie were dead.

If such person or persons for whose life or lives such Estates have beene or shall be granted as aforesaid shall remaine beyond the Seas or elsewhere absent themselves in this Realme by the space of seaven yeares together and noe sufficient and evident proofe be made of the lives of such person or persons respectively in any Action commenced for recovery of such Tenements by the Lessors or Reversioners in every such case the person or persons upon whose life or lives such Estate depended shall be accounted as naturally dead, And in every Action brought for the recovery of the said Tenements by the Lessors or Reversioners their Heires or Assignes, the Judges before whom such Action shall be brought shall direct the Jury to give their Verdict as if the person soe remaining beyond the Seas or otherwise absenting himselfe were dead.

| II | .................................... F1 |
| --- | --- |

| Annotations: |
| --- |
| Amendments (Textual) |

10/22/2012 10:32 PM

Cestui Que Vie Act 1666                                    http://www.legislation.gov.uk/aep/Cha2/18-19/11

| F1 | S. II repealed by Statute Law Revision Act 1948 (c. 62), Sch. 1 |

| III | ............................. F2 |

Annotations: 🔞

Amendments (Textual)

| F2 | S. III repealed by Statute Law Revision Act 1863 (c. 125) |

IV      If the supposed dead Man prove to be alive, then the Title is revested. Action for mean Profits with Interest.

[X2 Provided always That if any person or [X3 person or] persons shall be evicted out of any Lands or Tenements by virtue of this Act, and afterwards if such person or persons upon whose life or lives such Estate or Estates depend shall returne againe from beyond the Seas, or shall on proofe in any Action to be brought for recovery of the same [b] be made appeare to be living or to have beene living at the time of the Eviction That then and from thenceforth the Tennant or Lessee who was outed of the same his or their Executors Administrators or Assignes shall or may reenter repossesse have hold and enjoy the said Lands or Tenements in his or their former Estate for and dureing the Life or Lives or soe long termes as the said person or persons upon whose Life or Lives the said Estate or Estates depend shall be liveing, and alsoe shall upon Action or Actions to be brought by him or them against the Lessors Reversioners or Tennants in possession or other persons respectively which since the time of the said Eviction received the Profitts of the said Lands or Tenements recover for damages the full Profitts of the said Lands or Tenements respectively with lawfull interest for and from the time that he or they were outed of the said Lands or Tenements, and kepte or held out of the same by the said Lessors Reversioners Tennants or other persons who after the said Eviction received the Profitts of the said Lands or Tenements or any of them respectively as well in the case when the said person or persons upon whose Life or Lives such Estate or Estates did depend are or shall be dead at the time of bringing of the said Action or Actions as if the said person or persons where then liveing.]

Annotations: 🔞

Editorial Information

| X2 | annexed to the Original Act in a separate Schedule |
| X3 | Variant reading of the text noted in *The Statutes of the Realm* as follows: O, omits [O, refers to a collection in the library of Trinity College, Cambridge] |

Previous · Next

© Crown copyright                                                                                        Back to top

You may use and re-use the information featured on this website (not including logos) free of charge in any format or medium, under the terms of the Open Government Licence

10/22/2012  10:32 PM

STATE AND FEDERAL COURTS

Public Debt Contract Account No.91-2557

*STATE OF MICHIGAN*
*JUDICIAL CIRCUIT - FAMILY DIVISION*

**FILE NO.**

Ingham  **COUNTY**

## ORDER OF ADOPTION

*In the matter of* ___RICHARD BROWN TAYLOR  2 2 4 9 3 1___ ___ *DOB:* Private _____ *, adoptee*
Cestui Que Vie Trust,

Richmond_Brown_of_the_family_Taylor,
Sole_Beneficiary_of_the_RICHMOND_BROWN
TAYLOR,_Cestui_Que_Vie_Trust_3rd_Party
Interest_Intervener_Under_Injury.
P.E.T.I.T.I.O.N.E.R.

### THE COURT FINDS:

*1. A petition for an order of adoption has been filed.*

*2. All necessary orders terminating parental rights have been entered.*

*3. The adoptee* ☑ *was*      *made a ward of this court.*
            ☐ *was not*

*4. The adoption of the adoptee by petitioner(s) is desirable and in the best interest of the adoptee.*

### IT IS ORDERED:

*5. From and after this date the parent(s) of the adoptee is/are:*

___Richmond Brown Taylor_____ *— and —* Dr.Richmond Brown Taylor,Sr.,P.h.D. ____.
*Name*                               *Name*

*6. The name of the adoptee is* ___RICHARD BROWN TAYLOR  2 2 4 9 3 1_____ .

*7. The adoptee, if a ward of this court, is discharged.*

_____
*Date*

_____
*Judge*

*Bar no.*

ORDER OF ADOPTION

S T A T E   O F   M I C H I G A N

IN THE THIRD JUDICIAL CIRCUIT COURT FOR THE COUNTY OF WAYNE

RICHMOND BROWN TAYLOR, SR., Cestui Que
Vie trust,
        Petitioner,

and

Richmond Brown, Of The Family Taylor,
Sole Beneficiary Of The RICHMOND
BROWN TAYLOR, SR., Cestui Que Vie
Trust,

        3rd Party Intervener Under
        Injury,

V.

S T A T E   O F   M I C H I G A N,
CHIEF PROSECUTING ATTORNEY, name N/A,
        Respondents, et al.

C H I E F   J U D G E :
HONORABLE: VIRGIL CLARK SMITH

PUBLIC DEBT CONTRACT NO. 91-2557

NOTE OF UCC-1 COMMERCIAL NOTICE.

P R E S I D I N G   J U D G E :

HONORABLE: _____

CONTRACT COURT No.# 13-_____--CK

To: CATHY M. GARRETTE/CLERK

And To: Chief Prosecuting Attorney Office

    Please Take Notice, that the undersigned will bring on for hearing
Motion/assignment For:

    COMPLAINT/COMMERCIAL PETITION FOR RELIEF FROM JUDGMENT

    The hearing is requested to be held during the regular Motion Calendar on:

Date: _April 12th_____ 2013   Time: _9:00 a.m._

Dated This: _19th_ Day of _March_____ 2013.

                _Richmond B. Taylor Sr. LLC_
                Richmond Brown Of The Family Taylor
                Third Party Intervener/Sole Benefi-

                ciary Of RICHMOND BROWN TAYLOR, SR.,
                Cestui Que (Vie) Trust

*Lansing, Michigan*
*P.O. Box 30217*
*Attorney General's Office*

C E R T I F I C A T E   O F   M A I L I N G :

    I Certify to be true under the penalty of perjury of the Laws of the State of <u>Michigan</u> that on this date a true and correct Copy of this document was presented to the Chief Prosecuting Attorney's Office/for him or her, by depositing the same into the mails of the United States, Postage Prepaid, addressed to the C/O Prosecutor's Office in Chief, 1441 St. Antoine, Frank Murphy Hall Of Justice, 3rd Judicial Circuit Court, Detroit Michigan 48226.

Signed: *R. B. Taylor Sr.*  ,Date: 3/19/13  ,City: *Kincheloe*  ,State: *MI*

========================================================================

F O R   C L E R K ' S   U S E   O N L Y

Assigned To:_____, Case No.13-_____-CK

_____
Clerk's Name/Please Sign.

Note Of Motion  Pg. 2 of 2.

Richmond Brown, Of The Family Taylor,
Cestui Que Vie Trust
C/O Temporary Mail Location:
C/O RICHMOND BROWN TAYLOR,SR.,#224931
KINROSS CORRECTIONAL FACILITY
16770 S. Water Tower Dr.
KINCHELOE, MICHIGAN 49788

---

WANYE COUNTY 3rd JUDICIAL CIRCUIT COURT, STATE OF MICHIGAN

---

RICHMOND BROWN TAYLOR,SR,Cestui
Que Vie trust,
      Petitioner,

and

Richmond Brown,Of The Family Taylor,
Sole Beneficiary Of The RICHMOND
TAYLOR,SR.,Cestui Que Vie Trust,

    3rd Party Intervener Under
    Injury,

V.

S T A T E  O F  M I C H I G A N
CHIEF PROSECUTING ATTORNEY,name N/A,
      Respondents, et al.

C H I E F  J U D G E :
HONORABLE:VIRGIL CLARK SMITH

PUBLIC DEBT CONTRACT NO.91-2557
Assigned To:_____

BY SPECIAL VISITATION & SPECIAL
DEPOSIT IN THE SPECIAL EQUITY
JURISDICTION---BILL IN EQUITY

PETITION FOR COMMERCIAL RELIEF
JUDGMENT PURSUANT TO RULES OF CIVIL
PROCEDURE RULE 2.612(C)(1)(e)
RELIEF FROM JUDGMENT

ACTUAL & CONSTRUCTIVE  N O T I C E

JUDICIAL NOTICE REQUIRED PURSUANT
RULES OF EVIDENCE 201 and 44 et seq

---

EXHIBIT 1, DECLARATION IN SUPPORT OF COMMERCIAL PETITION;
EXHIBIT 2, NOTICE & PERSONAL ASSERVATION OF SATISFACTION
OF JUDGMENT WITH RESPECT TO COPIES OF PAYMENT BONDS;
EXHIBIT 3, MEMORANDUM OF LAW; and
EXHIBIT 4, VITAL DOCUMENT "Cestui Que Vie Act of 1666.

    **Clerk's Actions Required:** Please Assign This Case To A Chancellor In Equity
Or Of The Equivalent To Same/Under International Law. This Case Involves Probate
Court, CONTRACT COURT, Claim and Delivery, Supplemental Proceedings, Proceedings
To Restore,Establish, Or Correct Records and Commercial Habeas Corpus/Commercial
Relief From Judgment under International Law.

## PRELIMINARY STATEMENT OF PETITION

1. Exact Legal Terminology is not required, by law in this Petition of commercial propensity, because "Beneficary's" Common Law Copyright Secures that he's the lawyer and the legal representative for Respondent(s), and that in same Copyright of Petitioner/Creditor, the noted Respondents have "Waived" all defenses and objections which was provided for them but for their constant and blatant disregard for Petitioner's Notices of his Commercial Law rights/for over twenty years-since 1991--public debt contract no.91-2557. See/Boag, 454 U.S. 364; Estelle, 429 U.S. 97, (Quoting Conley, 355 U.S. 41, 45-46)); Haines, 404 U.S. 519; McDowell, 88 F.3d. 188, 189; United States v. Day, 969 F.2d. 39, 42; and Tben V. I.N.S., 58 F.Supp.2d 422, 429.

2. Petitioner is not a threat to society, he's an asset and can prove that he'll stay in contact with the court/CAYMC, and hire if the court requests, Federal Agents to protect him and the interests of the court/CAYMC. Bonner, 526 F.2d. 1331, 1334, (Quoting Bramlet, 495 F.2d. 714, 716)). It must be noted commercially that there's no evidence that petitioner committed any crime for his imprisonment under public debt Contract no.91-2557/ See, Facts of the crime scene of 1991 where facts were captured at its bests historically to preserve common law Jurisdiction. Exhibit 5., Police Report.

### ACTUAL & CONSTRUCTIVE ADMINISTRATIVE & JUDICIAL  N O T I C E .

3. Richmond Brown, hereby makes SPECIAL VISITATION in the Equity Jurisdiction of this court/CAYMC, BY SPECIAL DEPOSIT, and he is invoking that this court/CAYMC be a special court of equity to render, in fairness, the special equitable remedies claimed herein, because commercial law is a last resort in these modern days, for the remedy sought: note/after registration of the claim of "Honesty" under UCC-1 is the claim that must be raised because CAYMC is responsible for UCC-1 filings by law since 2012. The judge in this matter must recuse his or her self if their not familar with "Equitable Law Issues" under the Equity Jurisdiction/or be faced with later international law hearings seeking the removal of office after too many notices of a sovereignty's legal position.

4. WHY IS THIS A MATTER OF EQUITY:
because it is based on Trust Law, in a contract court and a Probate Court, dealing with Trust Relationship, involving the discharge and Setoff of debt and the cancellation of the judgment based on Equity. Commercially, the at-law remedies have to do with the recovery of money, or of the possession of specific real and personal property, but Equity Courts handle such remedies as reformation, cancellation, setoff and injuctions. The right to and of Setoff is an Equitable "right", and admirality jurisdiction is a an at-law inadequate/ineffective remedy for super rehabilitative measures  for mere suspects of a commonlaw jurisdiction issue/because Petitioner never committed any crime for admiralty jurisdiction to arrest him under the 4th, 5th and 14th Amendments of the United States Constitution/and Commercial Law. See Police Report attached to this petition/it was based on speculation only! Suspects 1# or 2# is not grounds for an arrest criminally or commercially/under UCC-1 Administrative Law. Exhibit 5., Police Report.

Pg. 2. Of Petition.

5. There exists a Commercial Trust relationship between the "Officers" of this court/CAYMC, and the "Petitioner-Creditor", as all, government actors are indeed "Trustees" with Fiduciary duty as: with regards to the rights, and Property of the Private People with whom they come in contact. See 5 CFR § 2635.101 "Public Service is a Trust." The judge in this matter is indeed, the Trustee/administrator with Fiduciary duties, and the Petitioner is the "Beneficiary/Principal" with also the commercial proposition, that this court case signify a Binding Trust Relationship.

When Creditor shows a honesty claim, he then can be released from prison/along with other claims to gain sovereignty status/diplamatic status, and voluntarily submit to negotiable supervised release with the court/or a court. He or she must, adhere to the condictions of supervised release, for a reasonable period of time, causing the judge and/or the prosecutor to trespass upon the rights of the petitioner, and his property interest thus breaching Fiduciary duties, which comprises a commercial violation of their Oaths of Offices, Comprises too Constructive Treason and Sedition, causing War against the U.S. and Michigan State Constitution, if he or she doesn't grant supervised release base on petitioner's terms.

6. I the Petitioner, offer "Proof Of Life" pursuant to the Cestui Que Vie Act of 1666! Creditor is not lost at Sea! A court of Equity can indeed "see" the Living Man/Richmond Brown, and therefore he revokes 91-2557 admirality jurisdiction here and   n o w !   And demand Equity Jurisdiction with this court/CAYMC to control Sovereignty Commercial Law/and the Levitical Alluminotti Banking System ®.

7. I the Creditor, Richmond Brown, also accepts the Oathes of Ofices of the judge and the prosecutor/attorney general as a binding unforgettable commercial contract between the parties, and commercially, under UCC-1 Law, indeed hold the judge and the prosecutor/attorney general, and the entire court to the specifics of their Oaths of Offices and their "Bonds", which make them the Trustees and Fiduciaries for the "People" under the terms of the U.S. and Michigan State Constitution. It is a F_E_L_O_N_Y , for public officers to impersonate honest officials, and to play ignorant to commercial law, and to play ignorant to their Oaths of office, because their Oaths of office must conform to Constitutional requirements!

8. As beneficiary of the Preamble, and a constituent member of the posterity under the Constitutional Trust, and as beneficiary of the cestui Que Vie Trust known as, RICHMOND BROWN TAYLOR, in capital letters, (a Corporation/Strawman/JOHN DOE), further I state and asserts, that I am executor of said estate/in Equity Court, Probate Court, or a Contract Court, and as beneficiary of the Constructive Trust created by the at-law court, admirality court, which can only be defeated by Contract Court and or Equity Jurisdiction, I the Creditor, courteously order and demand assertively that the Administrator/Trustee to commercially-probatively, Contractually Settle this matter. The court must not fail in its fiduciary duties to uphold the rights of the beneficiary petitioner/3rd Party Interest Intervener Under Injury, when he or she has registered an UCC-1 honesty claim, along with other claims to work with and for the government, as a requirement to meeting the goals of rights to and for Freedom under constitutional commercial law.

Pg.3. Of Petition.

9. C.O.M.M.E.R.C.I.A.L..G.R.O.U.N.D.S..F.O.R..R.E.L.I.E.F.

Richmond Brown brings this petition pursuant to Civil Rule 2.612 (C)(1)(e) for commercial Relief..From..Final..Judgment under UCC 1-104, UCC 10-104 and HJR 192 based on the fact that the judgment has been satisfied, released and discharged, which has rendered the incarceration and hyper conditions of a supervised release/an inequitable and unconstitutional..Trespass on Creditor Richmond Brown. Due to the removal of all liability from petitioner, by way of Setoff as detailed herein, or should be waived by the court, and the fact that Respondents have now been paid twice, which is an unreasonable and unjust enrichment as against the petitioner/and principles of law, and Equity most certainly permits only one recourse, after a honesty public claim announcement. Commercially, and plainly it is no longer equitable that admirality jurisdiction (which is a jurisdictional defect) and admirality's improper judgment have prospective application. Again petitioner commercially, probatively-assertively demands immediate release of Richmond Brown Taylor,Sr., The Living and Blood Man, from custody as well as all conditions of unreasonable supervised release.

10. F.A.C.T.S.:

All crimes, in Admirality Courts/Jurisdiction have to do with, the Public Debt Contract Commercial Business. All individuals, when the courts, stipulate their names in all CAPITAL LETTERS, means a CORPORATION--pertaining to a "in a court at-law" and if he or she doesn't "Revoke," such admirality jurisdiction commercially according to 27 CFR 72.11, UCC 1-104, UCC 10-104 and HJR 192, you will have agreed to "joinder." All courts, are also operating as corporations, but also doing business while in commerce, for profit intentionally and unintentionally, and it would be fair to say too, that there's a financial gain involved under a grant of limited liability, LLC insurance evidenced by its "tax" identification Number and its listing on "Dun..&..Bradstreet." The admirality jurisdiction case of RICHMOND(THE CORPORATION), noted above-referenced was/is a "taxable" event, and there is no evidence that the "tax" on it was ever paid, by this court or any court/or by any Attorney General, any State Prosecutor(s), which is a violation of indeed "TAX" LAWS, to be exact.

11. The above-Captioned Case/Public Debt Contrcat NO.91-2557, which is in admirality jurisdiction was indeed "Bonded" and the judgment/Bond, bearing the Petitioner's Name(s) and possible Social Security Numbers, was also indeed "Sold" by the Prosecutor(s) or the Attorney General(s) which shows an instrumentality of unlawful deceit/in violation of tax laws, and said public servants seduces the courts by trickery and bribery, to hold a person/petitioner in this case, without knowledge or CONSENT of the petitioner, who is the "LIVING MAN" and the 3rd-Party Interest Intervener who was deprived, of his liberty interest in redemption and made, a SURETY debtor for the unpaid debt; the funds, which Lawfully Belongs to this petitioner, were indeed converted to the use of the court(s) maybe unintentionally, in violation of the Prosecutor's and the judge's Oath of Office, and in a breach of their Fiduciary Commercial duties; and which taken into account, is an unlawful "taking" of Property of the Creditor by the government without, the commercial due process of Law, and without just UCC-1 commercial compensation. This court, if it doesn't change its course or legal position with petitioner, and to the demands of him, the court will have used along with admirality jurisdiction, the petitioner's identity and related "Exemption" without petitioner's knowledge and Consent, and will have "SOLD" Securities in petitioner's NAME without his consent. On the other hand, or on the whole record, that is "Subtle" methods used by the government's agents,et al., to bring about "identity" theft, as well as Sedition against the

Pg.4. Of Petition.

United States of America,inc., and it is also Fraud, Deceit, Embezzlement, Commercial Theft, of Public Funds, "Mirroring Securities Fraud." Further, upon the information and reasonble belief, the State Judicial Circuit Court, and the U.S. District Court of "Chicago" Purchases these BONDS in connection with each other, and the Department of Justice becomes "HOLDER", and also a "Trustee" for the Purchaser/Investors. It is, by "Definition" indeed conspiracy to "DEFRAUD" defraud and be an instrument of deceit borne in the public's eye.

12. This petitioner have a right to not identify, himself, as the PERSON/person, "Strawman" Corporation RICHMOND BROWN TAYLOR,SR., in all capital LETTERS, but he have a right to identify himself as the "U.S. Citizen" the "Living Breathing Blood Man," to be redeemed by way of redemption's Sovereignty Commercial Law and code; and he can also, be redeemed by the methods of presenting the "Bond" which was floated at his creation or "Birth" CORPORATION/that method is called-claiming the "security of the person", and there's no lawful money with which, to "Pay" a Debt. The only law, that ever defined an American dollar is the Coinage Act of April 2, 1792, but the government confiscated and the record state's that some operatives of the government even "Stole" the peoples gold "Coinage" in 1933 HJR 192, thus depriving the people of a substance-backed currency as defined in the Coinage Act of 1792, inevitably leaving the people with only, one recourse/remedy; i.e., the "Discharge" of particular Debt, pursuant to Public Policy, which is commercial in nature and force, Public Law 73-10 and mentioned above HJR-192 (June 5th, 1933)).

13. In April of 2010, on to November 2011, this petitioner effectuated an effect commercially, "substitution of assets" called/General Service Administration (GSA) Bonds, pursuant to 48 CFR § Sec.28.203-4, for the purpose of inevitably "discharging" of debt/Setoff, Satisfying the Judgment(s)/Lien/within Contract identified as Public Debt Contract No.91-2557 Recorder's Court; where only equity law or contract law can settle. For itemization of the Bonds, identification of recipient, and Proof of Service, please see Exhibit 2. N O T I C E & A S S E R V A T I O N OF SATISFACTION OF JUDGMENT, attached hereto and incorporated herein by reference, or the (CAYMC) can waive any requirement/pertinent to these Bonds, due to intentional interferences and the destruction of petitioner's Legal Property in the past, to make this claim enormously colorable.

14. Pursuant to commercial law, the recipients had a duty, to properly credit the petitioner with "Payment", and issue a CERTIFICATE OF RELEASE OF LIEN, or in the alternative return previously filed "Bonds" to the sender stating any "Defects" in the Bonds process. The Bonds previously filed were never returned to this petitioner, and he shouldn't have to constantly finds endless ways of mailing same, when the 'Rums' counselors, at KCF won't allow him to file UCC-1 Lien claims, and the ARUS is not allowed to Notarize UCC-1 Claims with the words "LIENS" on them, and petitioner is indigent, and cannot afford CERTIFIED MAIL, but can utilize the prison's registered mail route: previous BONDS were not returned for any reasons, and by Law, the "DEBT"/debt and judgment is D I S C H A R G E D.

15. Once the "debt" has been SATISFIED/satisfied, a release of the particular real property (the body) shall follow. And which is no difference from the removal of petitioner's CORPORATION Name/there's no joinder.

16. Please see Exhibits 1, 2, 3, & 4, annexed hereto and incorporated herein by reference, or the court can waive those requirements needed to present this claim, but is now liberally construed, due to petitioner's situation being in the home of the Respondents at the time of the mailings of (GSA)BONDS. Et al Respondents are the causes of hindering commercial pleadings.

## C.O.M.M.E.R.C.I.A.L. R.E.L.I.E.F. D.E.M.A.N.D.E.D

The Court is hereby directed to:  1) issue an Order commercially extinguishing the judgment/lien/claim and releasing petitioner from all obligation and liability of said admiralty jurisdiction judgment(s);  2) issue an Order for the immediate release of petitioner from custody and all conditions of imprisonment causing the wrongful incarceration of him; and  3) provide any other commercial compensation that the court deems appropriate for petitioner and for the City of Detroit through petitioner's interest in the City/State of Michigan/America,inc., plus global affairs; note., the court may add any relief before the departure of petitioner from incarceration.

## V.E.R.I.F.I.C.A.T.I.O.N

I declare under penalty of perjury, and under the laws of the State of Michigan and of the United States of America,inc., that the foregoing is true and correct.

Executed on this __19th__ day of __March__ 2013, With Nothing But Dry Land Under Foot And Dry Land In Sight.

Not An Accommodation Party:

_Richmond B. Taylor Sr. LLC,_

Richmond Brown of the family Taylor
Third Party Interest Intervener
Under Injury/Sole Beneficiary of
RICHMOND BROWN TAYLOR,SR. **Cestui Que Vie Trust.**

Pg.6. Of petition.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30

Richmond Brown, of the Family Taylor
C/O Temporary Mail Location:
C/O RICHMOND BROWN TAYLOR,SR.
C/O KINROSS CORRECTIONAL FACILITY
C/O 16770 S. WATER TOWER DR.
C/O KINCHELOE, MICHIGAN 49788

Exhibit 1

------------------------------------------------------------

WAYNE COUNTY THIRD JUDICIAL CIRCUIT COURT, STATE OF MICHIGAN

------------------------------------------------------------

RICHMOND BROWN TAYLOR,SR,
Cestui Que Vie Trust,
          Petitioner,


and

Richmond Brown, of the family Taylor
Sole Beneficiary of the RICHMOND
BROWN TAYLOR,SR., Cestui Que
Vie Trust,

     3rd Party Interest Intervener
Under Injury,


V.


STATE OF MICHIGAN,
CHIEF PROSECUTING ATTORNEY'S OFFICE, N/A
          Respondents, et al.

C H I E F   J U D G E :
HONORABLE:VIRGIL_CLARK_SMITH
PUBLIC DEBT CONTRACT NO.91-2557

CAYMC No.13-_____-CK
BY SPECIAL VISITATION & SPECIAL
DIPOSIT IN THE SPECIAL EQUITY
JURISDICTION.

DECLARATION IN SUPPORT OF COMMER-
CIAL PETITION FOR RELIEF FROM
JUDGMENT.

### D E C L A R A T I O N

     Richmond Brown, of the family Taylor, Sole Beneficiary of the RICHMOND
BROWN TAYLOR,SR., "Cestui Que Vie Trust" who is for commercial, Contract, and
Probate purposes the 3rd Party Interest Intervener Under Injury is the Creditor,
the Living Breathing, flesh and bloodman, and not the "Strawman," but the
Sovereign Man making his non-negotiable claim against the respondent(s) but only
negotiable with the CAYMC, thereto, whitin this Commercial action pursuant to
the missing documents that was destroyed by the Respondents, et al in the past
and enormous pertinent legal property for his imminent release from custody,
"Cestui Que Vie Act of 1666" which is attached this petition - Exhibit 4 - legal

document in in nature rendered by the Sovereign Community, I The Creditor does make a SPECIAL VISITATION in the EQUITY JURISDICTION of the court CAYMC, by SPECIAL DEPOSIT, and I am invoking this court to be a Special Court of Equity to indeed render, in fairness, the Special Equitable remedies Claimed herein.

I Richmond Brown, of the family Taylor, Declarant, being over the age of 31 years, and am competent to testify, and having firsthand knowledge of the facts, stated herein, and after first being duly sworn that should a habeas corpus writ ensue, that I will not try to escape the custody of the court, CAYMC because I have too much at hand and too much to loose in this matter, thus being duly sworn according to law to tell, the truth to the facts related herein, makes the following statements. Let no word, action, or writing be construed to imply the granting of any power of attorney, waiver of my rights, or assignment of title to a admirality jurisdiction:

1. This declarant is a living, breathing, flesh and blood man, and is not lost at "Sea", and does hereby claim his full estate via the "Cestui Que Act of 1666."

2. Declarant is the Third Party Interest Intervener Under Injury in this matter, exercising his rights to revoke admiralty jurisdiction, and embraces "Equity Jurisdiction" to bring about "Common Law" jurisdiction through the creation of the Liberty Interest in CAYMC Order.

3. As a result of the admirality jurisdiction's judgment in this matter, which was a 1991 incident in the Recorder's Court, the Living Man / 3rd Party Creditor Interest Intervener Under Injury is currently incarcerated/housed at the: KINROSS CORRECTINAL FACILITY, 16770 S. WATER TOWER DR., KINCHELOE MICHIGAN 49788.

4. Declarant N O T I C E S : that the CAPITAL LETTERS / in my commercial name, RICHMOND BROWN TAYLOR,SR., is the "Original Issuer," and his earthly parents signed his birth certificate, and not him, and his earthly parents were indeed the "Contracting Officers", to which now he is the contract officer along with ("CAYMC") for the relief sought herein this action, to revoke "Original Issuer" of the credit on the Debt Instrument commonly known as and is identified as Claim contract no.#91-2557 of the CAYMC records;

5. Declarant N O T I C E S : Wayne County 3rd Judicial Circuit Court, addresses at, Two Woodward Ave., Detroit Michigan 48226, is a Corporation / fiction doing business for either reasonable or unreasonable profit and business, for gain under a grant of LLC, Limited Liability Corporation-Insurance, evidenced by its Tax identification number; and

6. Declarant N O T I C E S : that this CAYMC is a Taxable Commercial transaction predicated upon the Sale of "Bonds," by the court and or/the prosecutor/attorney general, and you by a judge's association, wherein petitioner's name is CAPITAL LETTERS,etc., and Social Security Number are being used, without petitioner's validly implied consent, and without his permission, in violation of his copyright, and the prosecutors do not have his "say so" to use him commercially in the sale of Unregistered Securities, which may be security(s) fraud as well as unconscionable acts against mankind; and

7. Declarant does D E N Y having given permission to use petitioner's name, social security number or his signature for the Sale of securities, and any presumption to the contrary is "rebutted" and void for lack of full disclosure, lack of jurisdiction, lack of consideration, lack of meeting of the

minds, and a lack of an intelligent, knowing and wilful waiver of his rights; and

8. Declarant  N O T I C E S : that the prosecutor/attorney general had the obligation to report the Original Issue Price (amount unknown to Declarant) for Claim in case no.91-2557, via, "Internal Revenue Service Form 10990ID, or Declarant's Trial Attorney was suppose to have protected him from, the prosecutor/attorney general in this respect. Said, Trial Counsel was inadequate and ineffective who had quite the same duty, as the prosecutor/attorney general, and

9. Declarant  N O T I C E S : that the 1099-OID Tax information form, should identify the Recorder's Court as the party liable to Pay the Tax, and the court should ("CAYMC") along with the Frank Murphy Court, should have paid the tax due on the tax obligation, noting (judge Edward M. Thomas), who's involved, (judge Kim Worthy/blatantly involved), (judge Denise P. Hood, blatantly involved), (judge Geraldine B. Ford, blatantly involved), said judges should have ordered the paying of the tax, due on the tax obligation, but Declarant cannot find no evidence, none what so ever (via forensic search either), through the years of his wrongful incarcerations, no evidence what so ever that the court has filed or fulfilled its tax obligation(s) regarding this claim/contract no.91-2557; and

10. Declarant  N O T I C E S :  that this court and the prosecuting attorney's office/Attorney General are indeed corporations, doing business under tax identification numbers, who are in Violation Of The United States Code Title 26 for Tax Fraud. And, if relief is not granted to petitioner, then the prosecutor will have bribed the court, to commit tax fraud, etc., and

11. Declarant  N O T I C E S : that the Bonds to which this court sold, bearing the petitioner's name and social security number, and the funds resulting from those Bonds belong to the petitioner, wherein the court has converted the funds into its own use, thereby profiting from the Sale of said Bonds, which is a  C o n f l i c t  o f  I n t e r e s t ,  and renders the admirality jurisdiction quite  V o i d ;  and

To Be Continued

Pg.3. Of Declaration.

DECLARATION / Continued.        FROM: 03/19th/2013        Exhibit 1

12. Declarant  N o t i c e s :  that the court's credit rating and its ability to sell future Bonds is indeed predicated upon its ability, to in fact perhaps maliciously prosecute, maliciously sentence and imprison as many people as possible, (to generate funds), which is a c o n f l i c t   o f   i n t e r e- s t  now concerning petitioner, because he exercises his rights against such conflicts when he was in the hands of admirality jurisdiction; and

13. Declarant  N o t i c e s :  that the court/criminal court, created a "Security/Indictment", which requires an appraised value. The court sometimes unconscionably hides the "assessment" of the security in order that it should become an "accounts receiver," (if a person don't address UCC-1 issues), and the accounts receiver becomes the determent of the petitioner, and a conflict of interest arises; and

14. Declarant has in fact seen no evidence that the prosecutor is in possession of an assessment for the charges in this case/91-2557 claim, or that the prosecutor will provide the Certified "audit trail" of all transactions including the "Voucher" and all disbursment(s) documents and receipts in regards to this case, without which there could have been <u>absolutely no charges</u>; and

15. Declarant does deny being the beneficiary of any <u>compelled</u> benefits arising out of any Contract, Trust, or Agreement with the United States Government/Concerning being "joinder" under contract; and there's no evidence to the contrary. Declarant <u>does</u> in fact waive and <u>reject</u> any and all admirality benefits, express or implied, arising from any such "Signatures," all resulting contracts, agreements or trusts resulting from <u>force</u>, of admirality jurisdiction (trickery), even under the threat of weapons arms, involuntary servitude and peonage, committed against this commercial Declarant; and

16. By presentation of Surety Bonds, Declarant did effect a "substitution" of assets pursuant to 48 CFR § 28.203-04, for the purpose of "discharging" and "satisfying" the Judgment/Lien/Contract identified as Public Debt Contract Number no.91-2557 STATE OF MICHIGAN VS. RICHMOND BROWN TAYLOR,SR., WAYNE COUNTY 3RD JUDICIAL CIRCUIT COURT / RECORDER'S COURT.

17. The Surety Bonds, and the details of the presentation of said Bonds, along with the recipient's acceptance of the same, are identified in "Exhibit 2, NOTICE & PERSONAL ASSERVATION OF SATISFACTION OF JUDGMENT, attached hereto and incorporated herein by reference, should be waived by the contract court due to destruction of petitioner's legal property on an ongoing continual basis/respondents,et al., actions.

Further Declarant Saith so.

I Certify pursuant to the laws of perjury of the State of <u>MICHIGAN</u>, and the

Pg.4. Of Declaration.

United States of America,inc., that the above statements are true, correct, complete and not misleading.

Executed on this 19th. day of MARCH 2013 / on (City's Name) DETROIT / on (state's name) MICHIGAN, with nothing but dry land under my foot and sovereign feet, and dry land will always be in sight.


N O T   A N   A C C O M M O D A T I O N   P A R T Y :


Richmond Brown of the family
Taylor Declarant/Third Party
Interest Intervener Under Injury,
of the "Cestui Que Vie Trust"
Sole Beneficiary.


3, 19th /2013



Pg.5. Of Declaration.

Exhibit 2

--------------------------------------------------------------

### N O T I C E  &  A S S E R V A T I O N  O F  S A T I S F A C T I O N

### O F  J U D G M E N T  O F  P U B L I C  D E B T

### C O N T R A C T  N O .  9 1 - 2 5 5 7  Recorder's Court WRONGFUL CLAIM

Re:      Judgment In Case No.91-2557 Transferred To WAYNE COUNTY 3rd JUDICIAL
CIRCUIT COURT, STATE OF MICHIGAN V. RICHMOND BROWN TAYLOR,SR.


ON MICHIGAN, USA, THE LANDED NATION )

                        ) PERSONAL ASSERVATION

ON WAYNE,  T H E  C O U N T Y      )


     Comes Now The Creditor, Richmond Brown of the family Taylor, 3rd Party
Interest Intervener Under Injury, Cestui Que Vie Trust, your personal
Asservation, being over the age of 31 years, competent to testify, and having
firsthand knowledge of the commercial facts stated herein, and after first being
duly sworn according to Law, to tell the truth to the facts related herein,
makes the following statements. Let no words, actions, or writings be construed
to imply the granting of any Power of attorney, <u>waiver</u> of rights, or assignment
of title.

     1. That certain Bonds, which were identified herein, are to be waived, due
to a lack of funds to continually photo copy, due to the blantant sabotage of
petitioner's legal documents by Respondent(s) agents/et al. Also which must be
considered in this matter is petitioner have provided to the appropriate
agencies, GSA Bonds for the court's approval/CAYMC, the said agencies has agreed
that CAYMC is in the best position to rule, on the matter of the PUBLIC DEBT
CONTRACT 91-2557 matter. Said agencies were: TIMOTHY GEITHER Treasury of the
U.S. Washington D.C.; and JUAN C. PUIG, of SAN JUAN PUERTO RICO, in that within
Creditor's requests for the two agencies to appoint, under Creditor's
authorization, as the "Principal" to the Fiduciary(s) which is CAYMC, agencies
was granted power to delegate or subdelegate any of the authorities, and appoint
any person they choose to be the Fiduciary(s), which was CAYMC.

     Creditor's address is KINROSS CORRECTIONAL FACILITY, C/O 16770 S. WATER
TOWER DR., KINCHELOE, MICHIGAN 49788., in the behalf of the RICHMOND BROWN

ASSERVATION



TAylen ~~471002~~ 224931
7/29/08



TAylen ~~471002~~ 224931
7/28/08

Exhibit 2

Exhibit 2

Legal Property

Pg. 3.

TAYLOR,SR., Cestui Que Vie Trust, to effect a substitution of assets pursuant to **48 CFR sec. 28.203-4**, for the purpose of discharging/satisfying the judgment/lien/contract identified as Public Debt Contract No.91-2557 transferred to (STATE OF MICHIGAN V. RICHMOND BROWN TAYLOR,SR., WAYNE COUNTY CIRCUIT COURT 3rd JUDICIAL CIRCUIT.

2. That on APRIL 2010 - NOVEMBER 2011, your Asservant did to and through that year fill out the certificates Of Service, did place into proper envelopes for mailing: 1) General Service Administration Bonds identified as sf 28, sf 24, sf 25, sf 25A, sf 273, sf 274, sf 275, of 91; 2) a Certified Copy of the collateral; 3) provided instructions; and 4) an unsigned copy of the Certificate of Service commercially/for agencies return; and did in fact place the envelopes with the United States Postal service, postage pre-paid, directed to **IRS Advisory Group** at 985 Michigan Ave., 10th Floor, Detroit Michigan 48226, via Expedited Legal Mail.

3. That I hereby Certify that the Bonds and Certificate of Service, which were to be attached hereto as a complimentry jesture for the court, and incorporated herein by reference, are to be waived by the court CAYMC due to the sabotage of Respondents/et al., were true and correct copies of the originals, mailed to all herein agencies/photos attached are evidence that of destruction of Legal Property valued over $100,000,000,000.00 U.S. Dollars/UCC documents.

4. Documents that your Asservant received confirmation, and obtained confirmation of the receipt of the Bonds by Expedited Mail, is not at issue here, due to the lack of funds to continually photo copy, and continually reproduce same, must not hender the court to exercise its authority as Creditor's Fiduciary/appointed by herein agencies.

*Richmond B. Taylor Sr.*                      03/19/2013

By: Richmond Brown, Of The Family Taylor,
    Sole Beneficary Of The ROCHMOND
    BROWN TAYLOR,SR., Cestui Que Vie
    Trust/3rd Party Interest Intervener
    Under Injury.

Pg.2.of 2.Asservation

1  Richmond Brown, of the family Taylor                    Exhibit 3
   C/O Temporay Mailing Location:
2  C/O RICHMOND BROWN TAYLOR,SR.,#224931
   C/O KINROSS CORECTIONAL FACILITY
3  C/O 16770 S. WATER TOWER DR.
   C/O KINCHELOE, MICHIGAN 49788
4

5        -----------------------------------------------------------

6        WAYNE COUNTY THIRD JUDICIAL CIRCUIT COURT, STATE OF MICHIGAN

7        -----------------------------------------------------------

8
   RICHMOND BROWN TAYLOR,SR.,              C H I E F   J U D G E :
9  Cestui Que Vie Trust,                   HONORABLE:VIRGIL CLARK SMITH
            Petitioner,
10                                         PUBLIC DEBT CONTRACT NO.91-2557

11  . and                                  P R E S I D I N G   J U D G E :
                                           HONORABLE:_____
12  Richmond Brown, Of The Family Taylor,  CAYMC No.13-_____-CK
    Sole Beneficiary Of The RICHMOND
13  BROWN TAYLOR,SR., Cestui Que
    Vie Trust,
14                                         BY SPECIAL VISITATION & SPECIAL
            3rd Party Interest Intervener  DEPOSIT IN THE SPECIAL EQUITY
15  Under Injury,                          JURISDICTION.

16
                                           MEMORANDUM OF LAW IN SUPPORT OF
17  V.                                     COMMERCIAL PETITION FOR RELIEF
                                           FROM JUDGMENT.
18  STATE OF MICHIGAN,
    CHIEF PROSECUTING ATTORNEY'S OFFICE,
19  NAME N/A,
            Respondents, et al.
20

21        M E M O R A N D U M   O F   L A W   [ B R I E F L Y ].

22  ------------------------------------------------------------------------

23      Regardless of appeal status/post conviction appeal and collateral attack,
24  or whether the petitioner is still in custody, or even on supervised release
    status, this CAYMC contract court or probate court possesses authority to
25  "vacate" its own judgments on other grounds under Civil Rule 60(b), which states
    in part: "every court possesses inherent power to control its own judgments...
26  47 AM Jur 2d Judgments § 1041.id.
        The Judgment at issue here in public debt contract number 91-2557-FC indeed
27  works a "lien" upon the petitioner. 46 AM Jur 2d - Judgments § 373 and 28 USC §
    1962:
28
        "Every Judgment rendered by a Circuit Court or a District Court, within a
29  State shall be a "Lien" on the property located in such State in the same
    manner, to the same extent and under the same conditions as a judgment of a
30

1
2   court of general jurisdiction in such State, and shall cease to be a "Lien" in the same manner." 46 AM Jur 2d - Judgments § 373 and 28 USC § 1962.id.

3
4   There is no law, which allows the United States, any state, or any court thereof, or any other person or entity, to Sell Bonds and/or Sureties bearing a petitioner's name and Social Security number, without the petitioner's knowledge and consent.

5       Courts are now operating in commerce. The United States Congress, at Code
6   of Federal Regulation [CFR] Title 27 § 72.11, purports to define some crimes as commercial, but the fact(s) remains, that it is the "Person" name(s) which makes him or her "Commercial" and not the crime/rendering a commercialized sentenced,
7   if found guilty under admirality jurisdiction.

8       As mentioned else where in these commercial papers, for contract court,
9   states that the judgment in this matter is a commercial transaction, which is also verified by the fact(s) that the Prosecutor's Office and Attorney General's along with a admirality jurisdictional court, are all Private, For-Profit
10  "entities" embarked on a commercial venture and plan for profit, [at times] and for gain, 25% of the time, and 75% for justice operating in a commercial venue
11  and not a constitutional venue at all times/note: if a person will be a risk to society, then a court can restrict that person until rehabilitated or no longer
12  at risk.

13      The United States administers the "Cestui Que Vie Trust" know as
14  ...RICHMOND BROWN TAYLOR,SR., who is in capital LETTERS, and NOT/not the Lower Case LETTERS; and the United States Claims Legal Title to the birth certificate
15  of the fictional "Straw man" commercial man "JOE DOE" ...in this case, RICHMOND BROWN TAYLOR,SR., as evidence by the fact(s) that the United States is
16  designated as the beneficiary Owner of the Certified Security/Birth Certificate which is held by the "DTCC," and there is no evidence to prove otherwise. That
17  being the case, the "UNITED STATES WOULD ALSO BE COMPLETELY RESPONSIBLE FOR ANY AND ALL (DEBTS) OWED BY SAID...Cestui Que Vie Trust, under Law of USUFRUCT, and that would render the incarceration of the Creditor, or the Living Man Third-
18  Party Interest Intervener, Under Injury Richmond Brown, as surety for this alleged (debt), totally unlawful, and subject the parties involved to civil and
19  criminal penalties, unless respondents,et al., and the court release petitioner from custody, because he's also registered a claim, of being a honest legitimate
20  businessman while out of prison/operating under commerce. In the CAYMC'S record is his creation to finance America,inc., and certain parts of the world, to
21  provide jobs and education, to prevent criminal activity: creation's "The Levitical Alluminotti Banking System.®®.

22      Additionally, there is a rule of law stating that the government, cannot
23  take property from one of the Sovereign People, without Due Process of Law, and if so, (Without Just Compenstaion) in doing so. The petitioner whose name and
24  Trust Account #No. or SSN appears on the Bond to was "Floated" at his birth/and commercial propensity, the commercial man still OWNS/owns the "proceeds" from
25  the Bonds, millions of dollars to be exact, and the government actors in this instant matter, which includes the Prosecutor/Attorney General, and the
26  sentencing judge, as being the trustees/and the contract judge have the same powers, as trustee of the "Cestui Que Vie Trust" have committed a [FELONY] if
27  continued, by taking property belonging to another, and converting it to their own use, 75% of the time/25% is Felony which was taught to them, in violation of
28  their Oaths of Office, and indeed in Breach of their (FIDUCIARY) duties. As the trustees of the Cestui Que Vie Trust, the prosecutor/attorney general, and the
29  sentencing judge(s), were indeed responsible to "Pay" all the (debts) of said trust from the "res" of the trust, and leave the Living Flesh and Blood
30  beneficiary totally alone, because he is a Creditor now, and exercises his

1   commercial rights to "revoke" criminal jurisdiction in contract court.

To be Continved.

MEMORANDUM OF LAW - Continued.     FROM: MARCH 19th 2013        Exhibit 3

    Although the law prescribes both Civil (penal sum) and criminal convictions
can be charged, it does not, however, support withholding the Civil assessment
for damages as a deliberate "bypass" in favor of criminal prosecution, and the
law does not support deceptively hiding the civil (penal sum) damages.
The civil assessment for damages must be set out in the record before judgment
can be entered.
    The rule is that the court/contract court, cannot be biased or prejudiced
by any circumstances that would result in a benefit and gain to the court upon a
conviction. It is a conflict of interest for the court to "sell" the
petitioner's judgment/Bond, and thereby profit from the conviction of the
petitioner, who is "injured" as the result. It robs the justice system of any
semblance of sound "justice," because guilt or innocence is no longer an issue,
before the court, when a person is merely a suspect of an action. And, the only
thing that matters is getting more and more convictions, until the person learns
commercial law, placing the court in a position of aquiring more and more money
the worng way: in its Coffers.
    Sense the court/criminal court, silently and discretly profit from the sale
of the petitioner's Bonds, without disclosure, this is an instance wherein the
judge and the prosecutor/attorney general, acted in clear conflict of interest,
if a person is merely a suspect of a crime charged, without due process, also
they acted in breach of their "Fiduciary Duties", in breach of their Trust
duties, in violation of their Oath of Office duties, which is indeed "War"
crimes commercially on the Constitution, Sedition and Constructive deceitful
treason, larson by trickery, dishonest services, acts of "Terror" and terrorism
and numerous "felony" violations under our and their United States Code, to be
exact and sure.
    Reminding the court/contract court, the United States has the largest
prison system and population, "Per Capita,' in the world, and it can be laid
directly at the feet of the "Profit-Making Plan" and scheme employed by a
criminal court not seeking justice, and embeded in America,inc., used against
the population, in violation of the government's only excuse, for existence
without justice, which is to protect the rights of the people, who are mere
suspects of a crime/petitioner is not guilty of the crime he's charged with. The
contract court, and the probate court, by operation of operating as a private,
at times, for-profit enterprise registered on DUN & BRADSTREET, having a federal
tax ID number, is in violation/if it does not grant this petition, will be in
violation of the Constitution,  Michigan's constitution and other laws because
they both have an interplay of interest/and they indeed work together.
    Whereas the judgment in this instant matter was the result of an
undisclosed conflict of interest, and Judge Edwards M. Thomas will be a witness,
if the court choose so; whereas the specific judgment was against mere suspicion
of the petitioner, the result of an undisclosed conflict of interest and a
breach of the judge's Fiduciary duties as a Public Trustee; and
    wherewith the third 3rd-Party intervener under injury, the Living Flesh and
Blood man--Creditor, was then deprived of his "Liberty Interest" in the U.S.
Constitution and the Michigan Constitution; on the basis of an undisclosed
"FINANCIAL DEBT," which benefitted the criminal court, which was back in 1991;
and for which the United States was "liable", the petitioner being injured, the
government must provide the sought remedy to this prisoner, a way for the
prisoner to redeem the "Bonds" which were sold in the name of the Cestui Que Vie

                    Pg.4. Of MEMORANDUM OF LAW.

Trust. If the petitioner is denied a remedy, then the government's acts must be declared "Unlawful", and the prisoner must be released.

Petitioner submits, that the Federal Reserve(s) Notes are merely IOUs (I Owe You) which cannot be redeemed in money of substance, and whereas there is no "Currency" in circulation which conforms to the definition of a U.S. Dollar pursuant to the Coinage Act of April 2d, 1792, the only Law in existence which defines a U.S. Dollar, the petitioner has no means whatsoever to "Pay a debt," because debt cannot be paid, with an IOU - (I owe You). The court cannot require an impossibility, nor can the court/contract court, deny the remedy sought, because petitioner will be an honest man, in business while operating in commerce. Therefore, sense the judgment cannot be "Paid," pursuant to the Coinage Act of April 2d, 1792, it is DISCHARGED and dischargeable under [11 USC 524 (a)(1)] pursuant to Uniform Commercial Code, and Public Policy House Joint Resolution 192 of June 5th, 1933 (HJR-192)(Public Law 73-10), which allows for the "DISCHARGE" of the Public Debt/91-2557, and which was instituted to "Compensate" the suspected people for the theft of their gold in 1933, and loss of their gold-backed currency up to now/the innocent and for the suspected of a criminal crime.

One of the remedies chosen in this instant matter was to replace the government--sold, Bonds to effect a "Substitution" of assets pursuant to 48 CFR § 28.203-4, for the purpose of "DISCHARGING/SATISFYING the JUDGMENT/LIEN/CONTRACT identified as Public Debt Contract No.91-2557 which was Transferred to the CAYMC 12-014090-CK with the aid of due process protection/13-001413-NM in this matter of instant.

However, even if the replacment Bonds were "no good," for some reason decided by this court, the government, the court, the prosecution, still must provide the remedy sought, and release the prisoner because the government has created the problem, against suspects, not guilty people, wherein there's no money as defined by the Coinage Act of April 2d, 1792, having stolen the gold from the people, and when they did that, they took on the "Liability" to pay the "Debts" of the people (including suspects of crimes) until the gold is restored, or criminal courts learn forensic contract commercial law; and it was the criminal court and the prosecutors/attorney generals who helped "SELL" and sold the petitioner's judgment, by virtue of TREASON and intentional deceit, and by selling same "bond" without petitioner's "knowledge" because he was denied "Amnesty" denied objections to admiralty jurisdiction, in open court, there was no "VALID IMPLIED CONSENT, thus converting the funds to their own use, by virtue again of systematic learning without reasonable logic, and therefore without fear induced by scoundrals colleagues,et al.

To remind the court once again, Optional Form 91.
RELEASE OF LIEN ON REAL PROPERTY. Once a debt has been satisfied, a release of personal property and real property (the body of the Living Man) shall follow. In the instant case and matter, the Prison system continues to hold the creditor, a mere suspect, the living man in cold restraints of his Liberty Interests in Commercial Contract Law, becoming a Party and victim to fraud, where two or more parties have come together to commit the "Conspiracy" to illegally detain the Living Man after receiving PAYMENT of its PENAL SUM.

General Service Administration (GSA) "Bonds" identified as sf28, sf24, sf25 sf25A, sf273, sf274, sf275, of 90 and of 91, were indeed sent to all of the appropriate agencies/exhaustion of remedies to proceed in CAYMC, Bonds were mailed by Expedited prison mail run, Governmental U.S. Mail Box/hand delivered to prison personnel, several times between the dates of APRIL 2010 and through to NOVEMBER 2011, to the Treasury Departments for the U.S., and to other Public officials, having the power to act as an appointed FIDUCIARY. The same copies of the Bonds, mentioned were also mailed on the IRS Advisory Group, Location: 985 Michigan Ave., 10th Floor, Detroit Michigan 48226, to be exact and sure. Now, pursuant to commercial law, the recipients had a duty to properly "Credit" the petitioner with the Payment(s), and issue the "CERTIFICATE OF RELEASE OF LIEN", or in the alternative sense of due process, return the Bonds to the SENDER with a letter Notifying the SENDER of the "defect" if any, jurisdictional defects are to be redressed by a court/contract court, or defects in the Bonds should have been stated, so that same could be in fact corrected or "Modified."

A return mail Location was provided for this purpose, and "receipt" was so N o t i c e d  and given opportunity to perform, accordingly by Self Stamped Addressed Envelop enclosed within petitioner's Legal Mail to the mentioned agencies and IRS Detroit Michigan.

As a matter of Law, failure to return said Bonds with a  N O T I C E  of DISHONOR, pursuant to the Uniform Commercial Code, is indeed the "ACCEPTANCE" of the PAYMENT(S), and the contract court/CAYMC, 12-014890-CK 13-001413-NM must enforce Petitioner's Commercial Contract Court "ENTITLEMENT" to the remedy, which is the automatically result, in the DISCHARGE of the Complex Sophisticated Commercial Debt Matters.

In this instant case, the Bonds were indeed retained by all of the "recipients", and no defects were pointed out, no objections were made, and by definition of the operation of Law, the Contractual Admirality Jurisdiction Judgment have been enormously SATISFIED.

Relief, then, is indeed predicated on the discharge of the "judgment" which has now rendered the incarceration and conditions of supervised release an "INEQUITABLE" and "UNCONSTITUTIONAL"  t r e s p a s s  on Dr.Richmond Brown Taylor,Sr.,P.H.D., who is  N o t i c i n g  the appropriate court, that he is the  C r e d i t o r  in this instant matter of record, and the entire case belongs to the petitioner, and as such, petitioner have the authority to indeed direct and guide the court for full DISCHARGE, with also the approval of:13-001413-NM and all judges in favor of same.

Plainly, it is no longer "equitable" that this Judgment/91-2557 have prospective application! Due to the removal of all "LIABILITY" from petitioner, Principles of Law and EQUITY permit only one LAWFUL recourse, requested. The petitioner is entitled to have this LIEN/JUDGMENT removed, and Creditor -Richmond Brown of the family Taylor, the Living Breathing Flesh and Blood Man, is indeed entitled to his release from prison, life time probation, as a well formulated remedy for same, immediately, and so demands as a right to "REVOKE" admirality jurisdiction, grasping the Equitable jurisdiction for equity in contract court.


Executed on this 19th  Day  of  2013, with nothing but dry land under foot and dry land in sight.


Pg.6. Of MEMORANDUM OF LAW.

N O T   A N   A C C O M O D A T I O N   P A R T Y :

*Richmond B. Daph & . LLC.*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Richmond Brown of the Family Taylor
3rd Party Interest Intervener, Under
Injury, Sole Beneficiary of the Cestui
Que Vie Trust, RICHMOND BROWN TAYLOR,SR.

*3/19th /2013*

Pg.7. Of MEMORANDUM OF LAW.

Exhibit 4

Cestui Que Vie Act 1666

http://www.legislation.gov.uk/aep/Cha2/18-19/11

Help   Site Map   Accessibility   Contact Us

Home    About Us    Browse Legislation    New Legislation    Changes to Legislation    Search Legislation

Title: [        ]    Year: [    ]    Number: [    ]    Type: [ All Legislation (excluding draft) ]

Advanced Search

# Cestui Que Vie Act 1666

1666 c. 11 (Regnal. 18_and_19_Cha_2)    Whole Act

Table of Contents    Content    More Resources ⓘ

Previous    Next    Plain View    Print Options

Changes to legislation: There are currently no known outstanding effects for the Cestui Que Vie Act 1666. ⓘ

## Cestui Que Vie Act 1666

### 1666 CHAPTER 11 18 and 19 Cha 2

An Act for Redresse of Inconveniencies by want of Proofe of the Deceases of Persons beyond the Seas or absenting themselves, upon whose Lives Estates doe depend.

X1 Recital that Cestui que vies have gone beyond Sea, and that Reversioners cannot find out whether they are alive or dead.

Whereas diverse Lords of Mannours and others have granted Estates by Lease for one or more life or lives, or else for yeares determinable upon one or more life or lives And it hath often happened that such person or persons for whose life or lives such Estates have beene granted have goone beyond the Seas or soe absented themselves for many yeares that the Lessors and Reversioners cannot finde out whether such person or persons be alive or dead by reason whereof such Lessors and Reversioners have beene held out of possession of their Tenements for many yeares after all the lives upon which such Estates depend are dead in regard that the Lessors and Reversioners when they have brought Actions for the recovery of their Tenements have beene put upon it to prove the death of their Tennants when it is almost impossible for them to discover the same, For remedy of which mischeife soe frequently happening to such Lessors or Reversioners.

| Annotations: ⓘ |
| --- |
| **Editorial Information** |
| X1   Abbreviations or contractions in the original form of this Act have been expanded into modern lettering in the text set out above and below. |
| **Modifications etc. (not altering text)** |
| C1   Short title "The Cestui que Vie Act 1666" given by Statute Law Revision Act 1948 (c. 62), Sch. 2 |
| C2   Preamble omitted in part under authority of Statute Law Revision Act 1948 (c. 62), Sch. 1 |
| C3   Certain words of enactment repealed by Statute Law Revision Act 1888 (c. 3) and remainder omitted under authority of Statute Law Revision Act 1948 (c. 62), s. 3 |

[I.] Cestui que vie remaining beyond Sea for Seven Years together and no Proof of their Lives, Judge in Action to direct a Verdict as though Cestui que vie were dead.

If such person or persons for whose life or lives such Estates have beene or shall be granted as aforesaid shall remaine beyond the Seas or elsewhere absent themselves in this Realme by the space of seaven yeares together and noe sufficient and evident proofe be made of the lives of such person or persons respectively in any Action commenced for recovery of such Tenements by the Lessors or Reversioners in every such case the person or persons upon whose life or lives such Estate depended shall be accounted as naturally dead, And in every Action brought for the recovery of the said Tenements by the Lessors or Reversioners their Heires or Assignes, the Judges before whom such Action shall be brought shall direct the Jury to give their Verdict as if the person soo remaining beyond the Seas or otherwise absenting himselfe were dead.

II ................................................ F1

| Annotations: ⓘ |
| --- |
| **Amendments (Textual)** |

Cestui Que Vie Act 1666

http://www.legislation.gov.uk/aep/Cha2/18-19/11

F1      S. II repealed by Statute Law Revision Act 1948 (c. 62). Sch. 1

III      . . . . . . . . . . . . . . . . . . . . . . . . . F2

**Annotations:** 🔗

Amendments (Textual)

F2      S. II repealed by Statute Law Revision Act 1863 (c. 125)

IV      If the supposed dead Man prove to be alive, then the Title is revested. Action for mean Profits with Interest.

[X2 Provided always That if any person or [X3 person or] persons shall be evicted out of any Lands or Tenements by vertue of this Act, and afterwards if such person or persons upon whose life or lives such Estate or Estates depend shall returne againe from beyond the Seas, or shall on proofe in any Action to be brought for recovery of the same [to] be made appeare to be living; or to have beene living at the time of the Eviction That then and from thenceforth the Tennant or Lessee who was outed of the same his or their Executors Administrators or Assignes shall or may reenter repossesse have hold and enjoy the said Lands or Tenements in his or their former Estate for and during the Life or Lives or soe long tarme as the said person or persons upon whose Life or Lives the said Estate or Estates depend shall be living, and alsoe shall upon Action or Actions to be brought by him or them against the Lessors Reversioners or Tennants in possession or other persons respectively which since the time of the said Eviction received the Proffits of the said Lands or Tenements recover for damages the full Proffits of the said Lands or Tenements respectively with lawfull Interest for and fpm the time that he or they were outed of the said Lands or Tenements, and kepte or held out of the same by the said Lessors Reversioners Tennants or other persons who after the said Eviction received the Proffits of the said Lands or Tenements or any of them respectively as well in the case when the said person or persons upon whose Life or Lives such Estate or Estates did depend are or shall be dead at the time of bringing of the said Action or Actions as if the said person or persons where then living.]

**Annotations:** 🔗

Editorial Information

X2      annexed to the Original Act in a separate Schedule

X3      Variant reading of the text noted in *The Statutes of the Realm* as follows: O. omits [O. refers to a collection in the library of Trinity College, Cambridge]

Previous    Next

© Crown copyright

You may use and re-use the information featured on this website (not including logos) free of charge in any format or medium, under the terms of the Open Government Licence

Back to top

10/22/2012  10:52 PM

— Exhibit 5 Police Report

**PRELIMINARY COMPLAINT RECORD**
(ISSUED TO TRACK AND BLOCK NO.)

COMPLAINT NO. 9102208

REPORT: Fatal Shooting

PLACE OF OCCURRENCE: 10522 Barlum (Side Door)

OCCURRED ON OR BETWEEN: 1/19/91  Tues  12:40  5265

AND: 1245

NAME AND TYPE OF BUSINESS

TYPE OF BLDG (APT, HOTEL, PRV. RES., SINGLE FAMILY, ETC.)

REPORTED TO POLICE ON: 1/19/91  Tues  1250  426

PERSON REPORTING OFFENSE: Robert Price  TITLE: Inmate  ADDRESS: 10522 Barlum  PHONE: 895-9855  18 M B

COMPLAINANT'S NAME: Ta Juan Hanna  ADDRESS: 14403 Prevost  PHONE BUS: 837-8557  RES.  17 M B

WAS COMPLAINANT WORKING? IF YES — OCCUPATION, BUSINESS NAME AND ADDRESS
☑ NO   ☐ YES —

COMPLAINANT INJURED: ☐ YES  ☑ NO

METHOD OF ENTRY: No-Entry  ☑ Outside Side Door

METHOD OF ESCAPE: ☑ E/B Thru Alley

DESCRIBE WEAPON: Poss. 20 gauge Shot Gun

NO. OF PERPETRATORS: 2  DESCRIBE ☑ MALE  ☐ FEMALE  ☐ JUVENILE  ☐ ADULT  ☐ WHITE  ☑ BLACK  ☐ OTHER  ☐ UNK.

VICTIM – PERPETRATOR RELATIONSHIP:  ☐ RELATED  ☑ ACQUAINTED  ☐ STRANGERS  UNK.  UNIT NOTIFIED: 4 Desk, Homi, MCC  NAME: LT McBride, INV Prentice, LT Gionti  TIME: 1110 A.M.  DATE: 1-19-91

**WERE THE FOLLOWING SOLVABILITY FACTORS PRESENT IN THIS INCIDENT?**
(USING THE FORMAT ON THE INFORMATION GUIDE, GIVE DETAILS IN NARRATIVE BELOW FOR EACH YES ANSWER.)

| ARREST(S) | DESCRIPTION(S) OF PERPETRATOR(S) | WITNESS(ES) | VEHICLE LICENSE NUMBER(S) | PHYSICAL EVIDENCE |
|---|---|---|---|---|
| ☐ YES  ☑ NO | ☑ YES  ☐ NO | ☑ YES  ☐ NO | ☐ YES  ☑ NO | ☑ YES  ☐ NO |

1) #1 Richmond B/M/31 of 6349 Barlum wearing long green foot.
STARTED Jacket - Girlfriend Debra Scrubbs of 6349 Barlum Apt 2.

2) #2 Nate Moore, B/M/no DOB 1/10/75 of 6342 Barlum lower
Flat. Girlfriend Pamela Thomas of same address. Wearing Blk
short leather jacket NOD.

Source: Police Run "Shooting" "Man shot in face or head"

Circum: W/T arrived at abv. location TT Dealon Price B/M/13 wh.
states person shot was in the kitchen W/T arrived in kitchen
abv Robert Price giving mouth to mouth to compl. Compl
had gun shot wound to lower neck thru & thru. P.R.O. states
he heard a knock at the door compl TA'Juan Hanna B/M/17
answered door asked who is it. #1 or #2 answered Shawn (it was not)

REPORTING OFFICER (PRINT OR TYPE): Pamela Davis  OTHER OFFICERS INVOLVED: Stan Livingston  BADGE: 210  COMMAND: Fourth  FURLOUGH: B-

SIGNATURE: Pamela Davis

BADGE: 1107  COMMAND: Fourth  ASSIGNMENT: 4-5  FURLOUGH: S-8

SUPERVISOR CHECKING REPORT (PRINT OR TYPE): Isaiah Smith  RANK: Inv.  SIGNATURE: Isaiah Smith  COMPUTER ENTRY BY:

(FOUR COPIES TO BE MADE ON EACH PRELIMINARY COMPLAINT RECORD PLUS EXTRAS AS NEEDED)   DETROIT PT. OF DEPARTMENT

S T A T E   O F   M I C H I G A N

IN THE 3rd JUDICIAL CIRCUIT COURT FOR THE COUNTY OF WAYNE

I N   T H E   C I T Y   O F   D E T R O I T

RICHMOND BROWN TAYLOR,SR.,Cestui
Que Vie Trust,
       Petitioner,

V.

STATE OF MICHIGAN,
CHIEF PROSECUTING ATTORNEY'S OFFICE
      Respondents, et al.

C H I E F   J U D G E :
HONORABLE: <u>VIRGIL CLARK SMITH</u>

P R E S I D I N G   J U D G E :
HONORABLE:_____

ORDER GRANTING PETITIONER'S
COMMERCIAL PETITION FOR RELIEF
FROM JUDGEMT.

    This matter is before the Court on the Petitioner's Petition for Commercial relief from Judgment. The Court, having reviewed the entire files and documents presented by claimant of the record, and he's entitled to requests of particular waiver(s) of pertinent documents and Exhibits, IT IS HEREBY ORDERED, ADJUDGED AND DECREEDED:

      1) The Petition for commercial Relief from Judgment is hereby GRANTED under conditions;

      2) The Petitioner is hereby relieved of all conditions of the Judgment of admirality jurisdiction;

      3) The Petitioner is hereby released into the custody of CAYMC immediately for particular voluntary and involuntary conditions of commercial release; and

      4) Other relief:_____

_____

_____.

Dated This_____Day of_____, 2013.

                            _____
                            Chancellor or/Judge's Signature.

Pg.1 of 1 ORDER

| STATE OF MICHIGAN<br>THIRD JUDICIAL CIRCUIT<br>WAYNE COUNTY | SUMMONS AND<br>RETURN OF SERVICE | CASE NO.<br>12-014890-CK |
|---|---|---|

2 Woodward Ave., Detroit MI 48226                                           Court Telephone No. 313-224-5231

**THIS CASE IS ASSIGNED TO JUDGE**   Daniel P. Ryan   **Bar Number: 42249**

| Plaintiff<br><br>TAYLOR, RICHARD | v | Defendant<br><br>SNYDER, RICK |
|---|---|---|
| Plaintiff's Attorney<br><br>16670 S WATERT TOWER DR<br>KINCHELOE, MI 49788 | | Defendant's Attorney |

| CASE FILING FEE | JURY FEE |
|---|---|
| ☒ Case Filing Fee - $150.00 | ☒ Jury Fee - $85.00 |

| ISSUED<br>11/ 7/2012 | THIS SUMMONS EXPIRES<br>2/ 6/2013 | DEPUTY COUNTY CLERK<br>Sheronda Corder |
|---|---|---|

*This summons is invalid unless served on or before its expiration date.     CATHY M. GARRETT - WAYNE COUNTY CLERK

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.

2. YOU HAVE 21 DAYS after receiving this summons to file an answer with the court and serve a copy on the other party or take other lawful action (28 days if you were served by mail or you were served outside this state).

3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

X   There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

__   A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.

__   There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.

__   An action within the jurisdiction of the family division of circuit court involving the family or family members of the parties has been previously filed in _____ Court.

The docket number and assigned judge of the civil/domestic relations action are:

| Docket No. | Judge | Bar No. |
|---|---|---|
| | | |

The action  ☐ remains  ☐ is no longer  pending.

I declare that the complaint information above and attached is true to the best of my information, knowledge, and belief.

12 -11 -2012
Date

Richmond Brown Taylor Sr.
Signature of attorney/plaintiff

**COMPLAINT IS STATED ON ATTACHED PAGES. EXHIBITS ARE ATTACHED IF REQUIRED BY COURT RULE.**
If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you to fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01-3CC (09/2008) SUMMONS AND RETURN OF SERVICE
MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a),(b), MCR 3.206(A)

| STATE OF MICHIGAN<br>THIRD JUDICIAL CIRCUIT<br>WAYNE COUNTY | SUMMONS AND<br>RETURN OF SERVICE | CASE NO.<br>12-014890-CK |
|---|---|---|

2 Woodward Ave., Detroit MI 48226

Court Telephone No. 313-224-5231

| THIS CASE IS ASSIGNED TO JUDGE | Daniel P. Ryan | Bar Number: 42249 |
|---|---|---|

| Plaintiff<br><br>TAYLOR, RICHARD | **v** | Defendant<br><br>CALLEY, BRIAN |
|---|---|---|
| Plaintiff's Attorney<br><br>16670 S WATERT TOWER DR<br>KINCHELOE, MI 49788 | | Defendant's Attorney |

| CASE FILING FEE | JURY FEE |
|---|---|
| ☒ Case Filing Fee - $150.00 | ☒ Jury Fee - $85.00 |

| ISSUED | THIS SUMMONS EXPIRES | DEPUTY COUNTY CLERK |
|---|---|---|
| 11/ 7/2012 | 2/ 6/2013 | Sheronda Corder |

\*This summons is invalid unless served on or before its expiration date.          CATHY M. GARRETT - WAYNE COUNTY CLERK

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.

2. YOU HAVE 21 DAYS after receiving this summons to file an answer with the court and serve a copy on the other party or take other lawful action (28 days if you were served by mail or you were served outside this state).

3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

X   There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

___   A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.

___   There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.

___   An action within the jurisdiction of the family division of circuit court involving the family or family members of the parties has been previously filed in _____ Court.

The docket number and assigned judge of the civil/domestic relations action are:

| Docket No. | Judge | Bar No. |
|---|---|---|
| | | |

The action ☐ remains ☐ is no longer     pending.

I declare that the complaint information above and attached is true to the best of my information, knowledge, and belief.

12 - 11 - 2012
Date

_Richmond Brown Taylor Sr._
Signature of attorney/plaintiff

**COMPLAINT IS STATED ON ATTACHED PAGES.  EXHIBITS ARE ATTACHED IF REQUIRED BY COURT RULE.**
If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you to fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01-3CC (09/2008) SUMMONS AND RETURN OF SERVICE
MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a),(b), MCR 3.206(A)

| STATE OF MICHIGAN<br>THIRD JUDICIAL CIRCUIT<br>WAYNE COUNTY | SUMMONS AND<br>RETURN OF SERVICE | CASE NO.<br>12-014890-CK |
|---|---|---|
| 2 Woodward Ave., Detroit MI 48226 | | Court Telephone No. 313-224-5231 |

| THIS CASE IS ASSIGNED TO JUDGE | Daniel P. Ryan | Bar Number: 42249 |
|---|---|---|

| Plaintiff<br>TAYLOR, RICHARD | v | Defendant<br>HEYNS, DANIEL H |
|---|---|---|
| Plaintiff's Attorney<br><br>16670 S WATERT TOWER DR<br>KINCHELOE, MI 49788 | | Defendant's Attorney |

| CASE FILING FEE | JURY FEE |
|---|---|
| ☒ Case Filing Fee - $150.00 | ☒ Jury Fee - $85.00 |

| ISSUED | THIS SUMMONS EXPIRES | DEPUTY COUNTY CLERK |
|---|---|---|
| 11/7/2012 | 2/6/2013 | Sheronda Corder |

*This summons is invalid unless served on or before its expiration date.     CATHY M. GARRETT - WAYNE COUNTY CLERK

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.

2. YOU HAVE 21 DAYS after receiving this summons to file an answer with the court and serve a copy on the other party or take other lawful action (28 days if you were served by mail or you were served outside this state).

3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

X   There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

__   A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.

__   There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.

__   An action within the jurisdiction of the family division of circuit court involving the family or family members of the parties has been previously filed in _____ Court.

The docket number and assigned judge of the civil/domestic relations action are:

| Docket No. | Judge | Bar No. |
|---|---|---|
| | | |

The action ☐ remains ☐ is no longer   pending.

I declare that the complaint information above and attached is true to the best of my information, knowledge, and belief.

_12 - 11 - 2012_
Date

_Richmond Brown Taylor Sr._
Signature of attorney/plaintiff

**COMPLAINT IS STATED ON ATTACHED PAGES. EXHIBITS ARE ATTACHED IF REQUIRED BY COURT RULE.**
If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you to fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01-3CC (09/2008) SUMMONS AND RETURN OF SERVICE
MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a),(b), MCR 3.206(A)