1  -  PART 2

TLOR, RICHARD v HEYNS, DANIEL H
1. Daniel P. Ryan                    11/07/2012



12-014890-CK

STATE OF MICHIGAN

IN THE THIRD JUDICIAL CIRCUIT COURT FOR THE COUNTY OF WAYNE

CITY OF DETROIT

| | |
|---|---|
| RICHMOND BROWN TAYLOR, SR.,<br>    Plaintiff/Creditor-Petitioner | HONORABLE: CHIEF JUDGE.<br>V_I_R_G_I_L__C_L_A_R_K__S_M_I_T_H |
| VS. | PRESIDING JUDGE: HON. DANIEL P. RYAN<br>UCC-1 File Case/No. 12-014890-CK |
| MICHIGAN DEPARTMENT OF CORRECTIONS,<br>DANIEL H. HEYNS, DIRECTOR OF MDOC,<br>BRIAN CALLEY, LT., GOVERNOR., AND<br>RICK SNYDER, GOVERNOR OF MICHIGAN,<br>    Defendant/Debtor-Respondents. | [EQUALITY UNDER LAW IS PARAMOUNT] |

_____/

SOVEREIGN POWER COMMERCIAL LAW UCC-1

## COMPLAINT

UNDER CONTRACT LAW

    PLEASE TAKE N O T I C E Daniel H. Heyns, Brian Calley and Rick Snyder that this is a Contract Complaint, under commercial Law/Uniform Commercial Code, and you have waived all objections, and have appointed Dr. Richmond Brown Taylor, Sr., P.h.D., as your commercial contract Lawyer and representative in this matter, to do business for you under contract Law, and you are in violation of Creditor's Common-Law-Copyright registration No.# CLC-123321345587RBT as noted in the Public record of the Court/("CAYMC").

    A lot of the general procedures of the Michigan Court Rules (MCR) are waived and an enormous amount of exceptions to the rules are allowed in this matter, because you/Defendant/Debtor-Respondents gave up 95 % of all of your rights by continually staying in violation of the Law, and too, in egregious violation of Creditor's Copyright on his name and property for over two years or less or more, which ever fits the case.

    Creditor's FINANCING STATEMENT covers an enormous extent of sovereign power, making him HEAD OF STATE in this matter, by a court Order to be initiated for America, inc., Michigan and global commercial affairs:

    This registration is in the court's record, and compensation for withholding any of Creditor's claims or Patented ideas and work is inevitable/the brief entry of the collateral record owner is: Creditor Richmond Brown Taylor, Sr., and particular Debtor/released Debtor is in capital letters/RICHMOND BROWN TAYLOR, SR., IN THE Commercial Chamber under necessity and

TLOR, RICHARD v HEYNS, DANIEL H
1. Daniel P. Ryan                    11/07/2012



12-014890-CK

the following property is hereby registered in the same: All Certificates of Birth Documents BC-No.#121-58-151536 are liened and Claimed at a sum certain $100,000,000.00 or $100,000,000,000,000,000.00 Zillion, American Dollars, Michigan Drivers License N/A, UCC Contract Trust Account Number #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; Exemption Identification No.#EIN-111222999RBT; Auto TRANS & CUSIP Number N/A; Security Agreement No.#SA-777000777RBT; Power of Attorney No.#POA-000777888RBT; Hold Harmless And Indemnity Agreement No.#HHIA-555888444RBT; his Common Law Copyright Notice No.#CLC-123321345558RBT.

Said UCC registration is to secure rights, title(s) and interest in and of the Root Of Title and Birth Certificate Serial Number/#121-58-151536 as received by the MICHIGAN DEPARTMENT OF HEALTH AND WELFARE (division Of Vital Statistics), which covers/DNA, Retna Scans and all Dentures, Indentures, Accounts, and all pledges represented by same include but not limited to the pignus, Hypotheca, Hereditments, res, the energy and all Products derived therefrom, nunc pro tunc, but not limited to all Capitalized names: RICHMOND BROWN TAYLOR,SR., RICHMOND B. TAYLOR,SR., R.B.TAYLOR,SR., RICHMOND TAYLOR,SR., or any derivatives thereof, and all Contracts, Agreements, and signatures and/or Endorsements, facsimiles, Printed, Typed or photocopied of owner's name Predicated on the 'Straw-man,' LLC (ENS LEGIS) described as the debtor and all Property is indeed Accepted For Value and is indeed Exempt from Levy. Record owner is not the Guarantor or surety to any other account(s) by explicit reservation. Adjustments of this filing is from Public Policy HJR-192 and UCC 1-104 with UCC 10-104. All Proceeds, Products, Accounts, Baggage and Fixtures and Orders therefrom are to be released to the Secured Party Creditor, as the authorized representative of the particular Debtor, RICHMOND BROWN TAYLOR,SR.,(C)®. Debtor RICHMOND BROWN TAYLOR,SR., is a Commercial Transmitting Utility and a Trust.

1. Defendants are not to contact any attorneys in this matter, or the attorney will be disbarred from the Michigan Bar Association for ever/British Accredited Registration B A R .

2. Defendants are not to liquidate any assets until further notice from the court or this Creditor.

3. Defendants are to either place $20,000,000.00 in the court's account for plaintiff or be liable for $900,000,000.00 in damages and compensatory damages.

4. Defendants are to within 24 hours of receiving this commercial complaint phone plaintiff/and arrange for his release from prison by Jet Plane/airport and auto Transpertation to the ("CAYMC") immediately/amendments to this complaint is allowed by the court.


R E L I E F   S O U G H T


WHEREFORE, Creditor/Plaintiff prays that the court grant any and all relief before the 21 day rule begins with these Defendants/Debtors,etc.


Date: December 11, 2012                    Dr.Richmond Brown Taylor,Sr.,P.h.D.


*Richmond B. Taylor Sr.*          Pg.2.
*Taylor.*



12-014890-CK

## W H A T   P A P E R S   D I D   Y O U   S E R V E   O N   T H E

## T H E   D E F E N D A N T S   C O M M E R C I A L L Y

July 21st 2011      July 28th 2011      July 4th 2011      Nov 2011
Constitutional      Law      for      Uniform      Commercial      Contract      legal
position/Sovereignty Creditor's...

TAKE NOTICE of the following Cases and Points
in full force of sovereignty and Creditor's
authorities under REDEMPTION MANUAL FOURTH EDITION

And:                                                    CAVEAT

Common Law Copyright/UCC-1 / HIERARCHY OF LAW

MEMORANDUM OF LAW, WITH POINTS AND
AUTHORITIES — ON "SOVEREIGNTY" OF the
People — In Relation to "government" of the
Several Compact De-facto States and the

15 U.S.C. § 1127                      Federal Government.

TLOR, RICHARD v HEYNS, DANIEL H
1. Daniel P. Ryan            11/07/2012

12-014890-CK

Pg.3.

12-11-2012                              12-11-2012

*Richmond B. Taylor Sr.*                  *Richmond B. Taylor Sr.*
TAYLOR.                                    TAYLOR.

STATE OF MICHIGAN

INTHE THIRD JUDICIAL CIRCUIT COURT FOR THE COUNTY OF WAYNE

CITY OF DETROIT

| | |
|---|---|
| RICHMOND BROWN TAYLOR, SR., <br>    Plaintiff/Creditor-Petitioner, <br><br> VS. <br> MICHIGAN DEPARTMENT OF CORRECTIONS, <br> DANIEL H. HEYNS, DIRECTOR OF MDOC, <br> BRIAN CALLEY, LT., GOVERNOR., AND <br> RICK SNYDER, GOVERNOR OF MICHIGAN, <br>    Defendant/Debtor-Respondents. | HONORABLE: C H I E F  J U D G E . <br> V I R G I L  C L A R K  S M I T H <br><br> PRESIDING JUDGE: HON. DANIEL P. RYAN <br> UCC-1 File Case/No. 12-014890-CK <br><br> [EQUALITY OF LAW IS PARAMOUNT] |

P R O O F  O F  S E R V I C E

F O R  T H E  C O U R T  C L E R K  T O  M A I L

C O M M E R C I A L  A F F A I R S  B U S I N E S S

   THIS LAW MERCHANT, with honest integrety to do honest business while in commerce/using UCC-1 authority, gives the Clerks of the court special privilege to mail on Defendants Rick Snyder, Brain Calley, and Daniel H. Heyns his Summons and Complaint which has to do with S O V E R E I G N  P O W E R  C O M M E R -C I A L  L A W  U C C - 1  C O N T R A C T  L A W  on the date: NOVEMBER 21st 2012 / Holiday delay Thanks Giving 23rd, actual mailing date: NOVEMBER ___ 2012 please write date given to prison personnel: _December 11th 2012_

Addressed to:

Sheronda Corder/CATHY M. GARRETT
WAYNE COUNTY CLERKS OFFICE
WAYNE COUNTY CIRCUIT COURT
THIRD JUDICIAL CIRCUIT COURT (CAYMC)
TWO WOODWARD AVENUE
DETROIT, MICHIGAN 48226

BRIAN CALLEY
OFFICE OF LIEUTENANT GOVERNOR
GEORGE W. ROMNEY BUILDING
111 S CAPITAL AVE, LANSING MI 48909
www.michigan.gov/ltgov

Mailing Date: _December 11 2012/A.D._

RICK SNYDER, GOVERNOR OF MICHIGAN
E X E C U T I V E  O F F I C E
GEORGE ROMNEY BUILDING
111 S CAPITAL AVENUE
LANSING, MICHIGAN 48993
www.michigan.gov

DANIEL H. HEYNS
DIRECTOR'S OFFICE
MICHIGAN DEPT OF CORRECTIONS
P.O. BOX 30003
LANSING MICHIGAN 48909

By:Dr.Richmond B. Taylor,Sr.,P.h.D.

_Richmond B. Taylor Sr._
_TAYLOR._

rLOR, RICHARD v HEYNS, DANIEL H
1. Daniel P. Ryan 11/07/2012

12-014890-CK

STATE OF MICHIGAN

IN THE THIRD JUDICIAL CIRCUIT COURT FOR THE COUNTY OF WAYNE

RICHMOND BROWN TAYLOR, SR.,
    Plaintiff,

v.

MICHIGAN DEPARTMENT OF CORRECTIONS
DANIEL H. HEYNS, DIRECTOR.,
BRIAN CALLEY, LT., GOVERNOR., AND
RICK SNYDER, GOVERNOR OF MICHIGAN
_____/

File No. 12-014890-CK
Contract Co_



COPYRIGHT EXHIBIT FOR THE COURT'S RECORD IN SUPPORT OF

PLAINTIFF'S CLAIM GARNISHMENT BEFORE AND AFTER

JUDGMENT DEBTOR-CREDITOR MCR 3.101; MCR 3.102


DOCUMENTS/COPYRIGHT.®. FOR DISCOVERY MCR 2.300 AND FOR

MCR 2.400 PRETRIAL PROCEDURE; ALTERNATIVE DISPUTE
RESOLUTION; OFFERS OF JUDGMENT; AND SETTLEMENTS/COPYRIGHT(C)®.


By: Richmond B. Taylor, Sr.
    224931
    Kinross Correctional Facility
    c/o 16770 S. Water Tower Dr.
    Kincheloe, Michigan 49788
    **www.JPay.com**

RBT-1

TLOR, RICHARD v HEYNS, DANIEL H
1. Daniel P. Ryan                11/07/2012
12-014890-CK

DHL Airbill Tracting Account No.#131461131461

# STATE OF WASHINGTON D.C.
# TREASURY DEPARTMENT
# * * * * * * * * *
# COMMON LAW COPYRIGHT NOTICE

. . . . . . . . . . . . . . .

**Common Law Copyright Notice:** All rights reserved are; Common-Law Copyright of Trade-Name/trademark, RICHMOND BROWN TAYLOR,SR.®, as well and all derivatives and variations in the spelling of said trade-names/trademarks-Copyright **1958-(Birth-day-year)**, by Richmond Brown Taylor,Sr. Said trade-names/trademarks,®, may neither be used, nor reproduced, neither in whole nor in part, nor in any manner whatsoever, without the prior, express written consent and acknowledgment of Richmond Brown Taylor,Sr., as signified by the blue-ink signature of Richmond Brown Taylor,Sr., hereinafter '**Secured Party Creditor.**' With the intent of being contractually bound, any Juristic Person/as well as the agent of said Juristic person, consents and agrees by this Copyright Notice that neither said Juristic Person, shall display, nor otherwise use in any manner, the trade-name/trademark, nor Common-Law Copyright described herein, nor any derivative of, nor any variation in the spelling of, said name without prior, written consent and acknowledgment of Secured Party Creditor, as signified by Secured Party Creditor's signature in blue ink. Secured Party Creditor neither grants, nor implies, nor otherwise gives consent for any unauthorized use of RICHMOND BROWN TAYLOR,SR.®, and all such unauthorized use is Strictly Prohibited.

Secured Party Creditor, is not now, nor has Secured Party Creditor ever been, an accommodation party, nor a surety, for the **Purported** debtor, i.e. "RICHMOND BROWN TAYLOR,SR.®," nor for any derivative of, nor for any variation in the spelling of, said name, nor for any other juristic person, and is so indemnified and held harmless by debtor, i.e. "RICHMOND BROWN TAYLOR,SR.®," in Hold-Harmless and Indemnity Agreement No.#HHIA-555888444-RBT dated the **18th day of the 5th Month in the Year of Our Lord Two thousand and Eleven**, against any and all Claims, Legal Actions, Orders, Warrants, Judgments, Demands, Liabilities, Losses, Depositions, Summons, Lawsuits, Costs, Fines, Liens, Levies, Penalties, Damages, Interests, and Expenses whatsoever, both absolute and contingent, as are due and as might become due, now existing and as might hereinafter arise, and as might be suffered by, imposed on, and incurred by Debtor for any and every reason, purpose, and cause whatsoever.

**Self-executing Contract/Securety Agreement in Event of Unauthorized Use:** by this Copyright Notice, both the Juristic Person and the agent of said Juristic Person, hereinafter jointly and severally "User," consent and agree that any use of "RICHMOND BROWN TAYLOR,SR.®," other than authorized Use as set forth above; **constitutes** unauthorized use of Secured Party Creditor's Copyrighted Property and contractually **binds** User.



TLOR, RICHARD v HEYNS, DANIEL H
1. Daniel P. Ryan                11/07/2012
12-014890-CK

RBT-2

ILOR, RICHARD v HEYNS, DANIEL H
Daniel P. Ryan    11/07/2012
12-014890-CK

This Notice By Declaration becomes a Securety Agreement where-in User is a debtor and 'Upper and Lower Case Name Here' is Secured Party Creditor, and signifies that User: (1) grants Secured Party Creditor a securety interest in all of User's Property and interest in property in the sum certain amount of **$100,000,000.00 and $100,000,000,000,000,000.00** per each trade-name/trademark used, per each occurrence of use **(Violation/Infringment)**, plus triple damages, plus costs for each such use, as well as for each and every use of any and all derivatives of, and variations in the spelling of, "RICHMOND BROWN TAYLOR,SR.®,"; (2) authenticates this Securety Agreement wherein User is debtor and Richmond Brown Taylor,Sr., is Secured Party Creditor, and wherein User pledges all of User's Property, i.e. all consumer goods, farm products, inventory, equipment, **Money**, Investment Property, Commercial Tort Claims, Letters of Credit, Letter-of-Credit Rights, Chattel Paper, Intruments, Deposit Accounts, Accounts, <u>Documents</u>, and General Intagibles, and all User's interest in all such foregoing Property, now owned and hereinafter acquired, now existing and hereinafter <u>arising</u>, and wherever located, as collateral for securing User contractual obligation in favor of Secured Party Creditor for User's unauthorized use of secured Party Creditor's Copyrighted Property; (3) Consents and agrees with Secured Party Creditor's filing of a **UCC Financing Statement** wherein User is debtor and Richmond Brown Taylor,Sr., is Secured Party; (4) Consents and agrees that said Financing Statement described above in paragraph "(3)" is a continuing Financing Statement, and further consents and agrees with Secured Party's perfected Security Interest in all of User's property and interest in property pledged as collateral in security Agreement described above in paragraph "(2)," until User's contractual obligation theretofore incurred has been fully satisfied; (5) authorizes Secured Party's filing of any UCC Financing Statement, as described above in paragraph "(3)," as well as paragraph "(4)," and the filing of any Security Agreement, described above in paragraph "(2)," in the UCC filing Office; (6) Consents and agrees that any and all such filings described in paragraph "(4)," and "(5)," above are not, and may not be considered bogus; (7) **waives all defenses**; and (8) appoints Secured Party Creditor as Authorized Representative for User, effective upon User's contractual obligations in favor of Secured Party Creditor, as set forth below under "Payment Terms" and "Default Terms," with full authorization and **Power** granted to Secured Party Creditor for <u>engaging</u> in any and all actions, on behalf of User including, but not <u>limited</u> by, authentication of a record on behalf of User, as Secured Party Creditor, in Secured Party's **Sole** discretion, deems appropriate, and User further consents and agrees that this appointment of Secured Party Creditor as Authorized Representative for User, effective upon User's default, is **irrevocable** and coupled with a security interest. <u>User further consents and agrees with all of the following additional terms of this self-executing contract/Security Agreement in the Event of Unauthorized Use</u>.

    <u>Payment Terms</u>: In Accordance with fees for unauthorized use of "RICHMOND BROWN TAYLOR,SR.®," as set forth above, User hereby consents and agrees that User shall pay Secured Party Creditor all unauthorized-use fees in full within ten (10) days of the date of secured Party Creditor's invoice, hereinafter **"invoice,"** itemizing said fees, is sent and received.

    <u>Default Terms</u>: In event of non-payment in full of all unauthorized-use fees by User within ten (10) days of date of Invoice is sent, User shall be deemed in default and (a) all of User's property and interest in property

pg.2.

RBT-3



pledged as collateral by user, as set forth in paragraph "(2)," immediately becomes property of secured Party Creditor; (b) secured Party Creditor is appointed User's Authorized Representative as set forth above in paragraph "(1)"; and (2) User consents and agrees that secured Party Creditor may take possession of, as well as otherwise dispose of in any manner that Secured Party Creditor, in Secured Party Creditor's **Sole** discretion, deems appropriate, including, but not limited by, sale at auction, at any time following User's default, and without further notice, any and all of User's former property and interest in property/documents/collateral/monies/accounts,etc., formerly pledged as collateral by User, now becomes property of this Secured Party Creditor, in respect to and of this <u>Self-Executing Contract/Security Agreement</u> in Event of unauthorized Use," that Secured Party Creditor, again in Secured Party Creditor's **Sole discretion**, deems appropriate.

**Terms for Curing Default:** upon event of default, as set forth above under "Default Terms," irrespective of any of User's former property and interest in property in the possession of, and as well as disposed of by, Secured Party Creditor, as authorized above under "default Terms," User may cure User's default re only with the remainder of User's former property and interest in said property whatsoever, formerly pledged as collateral that is neither, in the possession of, nor otherwise disposed of by, secured Party Creditor within twenty (20) days of the date of User's default only **by Payment in Full.**

**Terms of Strict Forclosure:** User's non-payment in full of all unauthorized-use fees itemized in Invoice, within said twenty-(20) day period for curing default as set forth above under "Terms For Curing Default" authorizes Secured Party Creditor's immediate **non-judicial** strict foreclosure on any and all remaining property and interest, in property formerly pledged as collateral by User; now becomes the property of Secured Party Creditor, which is not in the possession of, nor otherwise disposed of by, secured Party Creditor upon **expiration** of said twenty (20) day strict foreclosure period. Ownership subject to **Common-Law Copyright** and UCC Financing Statement and security Agreement filed, with the UCC Filing Office. Record Owner: <u>Richmond Brown Taylor,Sr.,Autograph Common Law Copyright 1958, 1974, 2003, 2004, 2010, and 2011/2012.</u>

Record Owner: Secured Party Creditor/name autographed Common-Law Copyright:

Copyrighted Date: <u>J U N E   2 0 t h ,   2 0 1 1</u>

Without Prejudice/Without Recourse

*Richmond Brown Taylor Sr.*

*Richmond B. Taylor* -Secured Party

A C K N O W L E D G E M E N T

County Of Chippewa)
)
Michigan State    )Scilicet

(LOR, RICHARD v HEYNS, DANIEL H
1. Daniel P. Ryan    11/07/2012

12-014890-CK

RBT-4

Note: Did The Michigan Department Of Corrections refuse to Notarize UCC Document/Check __√__ Yes or _____ No?

SUBSCRIBED AND SWORN to before me this____day of_____,A.D. 2011 a Notary Public, That_____, Personally appeared and /known to me to be the man whose name subscribed to the within instrument and acknowledge to be the same.


_____Seal:
Notary Public Signature.
My Commission Expires_____.


Prison Phone Number for verification of Not Notarizing by ARUS/Counselor: F-Unit @ area code **(906) 495-2282**.

From: FOR ALL COMMUNIQUES ELSEWHERE
      "Without Prejudice"
      Richmond Brown Taylor,Sr.®,Authorized Representative
      d/b/a RICHMOND BROWN TAYLOR,SR.®,DEBTOR
      SIXTEEN-SEVENTY-SEVEN-ZERO S. Water Tower Dr.
      City of Kincheloe, Michigan, united States of America
      DMN Reg. Sec,122.32; Public Law 91-375, Sec.403

*Richmond B. Taylor Sr.*

6/20/2011


Item Number                                    229933-CB4-02/RBT Hybrid

Pg.4.

STATE OF MICHIGAN

IN THE THIRD JUDICIAL CIRCUIT COURT FOR THE COUNTY OF WAYNE

RICHMOND BROWN TAYLOR, SR.,
    Plaintiff,

Hon. Chief Judge V.C., Smith

MICHIGAN DEPARTMENT OF CORRECTIONS,
DANIEL H. HEYNS DIRECTOR.,
BRIAN CALLEY, LT. GOVERNOR, and
RICK SNYDER, GOVERNOR OF MICHIGAN,
    Defendants.
_____/

TLOR, RICHARD v HEYNS, DANIEL H
1. Daniel P. Ryan    11/07/2012

12-014890-CK

# PROOF OF EXHAUSTION OF COMMERCIAL LAW REMEDIES FOR THE COURT TO GAIN JURIDICTION.

    For the court's records, will be enclosed documents pertinent to the exhaustion of Creditor Taylor's remedies and that, a violation of his copyrights are and have been infringed by defendant(s) Calley Brian Lt., Governor who waived all defenses, and have appointed Taylor/Creditor his personal representative in this commercial matter/Common-Law-Copyright is in the court's records.

Dated: September 27th, 2012.

                                                  *Richmond B. Taylor Sr.*
                                                 Richmond Brown Taylor, Sr.

A.

THE MICHIGAN LEGISLATURE

2010 - 2011

SENATE

TLOR, RICHARD v HEYNS, DANIEL H
1. Daniel P. Ryan          11/07/2012



12-014890-CK

RICHMOND BROWN TAYLOR, SR.,
    Creditor,

BRIAN CALLEY, LT., GOVERNOR-president
TONYA SCHUITMAKER, president pro Temp
RANDY RICHARDVILLE, Majority Leader

MICHIGAN DEPARTMENT OF CORRECTIONS,
DANIEL H. HEYNS, DIRECTOR OF MDOC,
    Debtors.

# CERTIFICATE FOR THE LEGISLATURE
# TO HONOR CREDITOR'S
# WARRANT FOR AMNESTY

    I RICHMOND BROWN TAYLOR, SR., am the Strawman PERSON under Sovereign Power's Rights, to revoke Admirality Jurisdiction, so that the Legislature can exercise its POWER, to Grant Creditor Amnesty, and says that the Creditor Richmond Brown Taylor, Sr., have filed on the behalf of his LLC the following Sovereign Documents to obtain "Amnesty" from the Legislature as a legitimate Business man, who will proceed, while in Commerce, and under his Common-Law-Copyright, with Secretary Of State of Michigan, have filed with the Treasury Department in Washington D.C. the Following Uniform Commercial Code Documents:

    a. FINANCING STATEMENT Claim No.#456679988-RBT;
    b. COMMON-LAW-COPYRIGHT Claim No.#123321345876-RBT;
    c. BILL OF EXCHANGE Claim No.#899799599-RBT;
    d. SECURITY AGREEMENT Claim No.#777000777-RBT;
    e. POWER OF ATTORNEY Claim No.#000777888-RBT;
    f. HOLD HARMLESS AND INDEMNITY AGREEMENT Claim No.#555888444-RBT;
    g. ROOT OF TITLE-BIRTH CERTIFICATE Serial No. 121-58-151536;
    h. UCC TRUST ACCOUNT NUMBER/Social Security Number No.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; and
    i. EXEMPTION IDENTIFICATION NUMBER No.111222999-RBT.

    Public Policy HJR-192 and UCC 1-104 and UCC 10-104/Debtor is RICHMOND BROWN TAYLOR, SR., he is a Commercial utility who is in Capital Letters, not the lower case letters; and Richmond Brown Taylor, Sr., lower case letters is the Creditor by Law, and does have title to be exclusive owner and Creditor by Law.

## AMNESTY WARRANT AUTHORITY

\

B.

1. Daniel P. Ryan  RICHARD B RYNS, DANIEL H
11/07/2012
12-014890-CK

Creditor states under Sovereign Power, under 59 American Jurisprudence 2d § 2, state's his rightful Claim:

A statute granting amnesty is a most perfect example of <u>remedial legislature</u>. Such legislature is construed to **Promote** its purpose and to **Protect** persons within its purview. Relief will be granted unless it is clearly forbidden by statute. The statute will be construed when its meaning is doubtful so as to suppress the mischief at which it is directed, to advance or extend the <u>remedy</u> provided, and to bring within the scope of the Law, every case which comes clearly within the <u>Spirit</u> and P o l i c y . See <u>Tetra Pak, Inc. vs. State Bd. of Equalization</u>, 234 Cal. App. 3rd 1751, 286 Cal. Rptr. 529 (1st Dist. 1991).

Dated: <u>November 3rd 2011</u>.

Respectfully Submitted.

*Richmond B. Taylor Sr.*
<u>Richmond Brown Taylor, Sr.</u>
Non-enfranchised

Pg. 2.

C.

STATE OF MICHIGAN

IN THE THIRD JUDICIAL CIRCUIT FOR THE COUNTY OF WAYNE

RICHMOND BROWN TAYLOR,SR.,
    Plaintiff,

v.

MICHIGAN DEPARTMENT OF CORRECTIONS,
DANIEL H. HEYNS DIRECTOR.,
BRIAN CALLEY,LT.GOVERNOR, and
RICK SNYDER, GOVERNOR OF MICHIGAN,
    Defendants.
_____/

Hon. Chief Judge V.C.,Smith

fLOR, RICHARD v HEYNS, DANIEL H
1. Daniel P. Ryan    11/07/2012

12-014890-CK

GROUNDS FOR THE COURT TO TAKE ACTION

IN THIS COMMERCIAL CONTRACT MATTER

WITH REGARDS TO MCR 3.604 BONDS

CLEARED AND WAIVED

    For the court's records, will also be enclosed to this particular commercial State Law pleading, Internal Revenue Service documents to clear any Bonds against Plaintiff/Creditor Richmond Brown Taylor,Sr., holding him in prison against his commercial rights to [ r e v o k e ] Admirality jurisdiction in not accepting his corporation name/capital letters-[RICHMOND BROWN TAYLOR,SR.] under the copyright within the court's records/holds to be exclusive documents to protect his interests in a legitimate legal position with the States of Michigan and with the United States of America,inc., and International Affairs, to be exact, making a record to exhaust his remedies to give the court power to act: **immediately.**
    Thus, the defendants in this matter have waived all defenses and have appointed Creditor Taylor their personal representative in this matter to guide the court in what to do, and to dispose of any property of the defendants/or money and any collateral under strict liability terms and misuse of Creditor's Trade Name and Property/Defendants lost any objections in **MCR 3.604 Bonds** to which there's no Bond holding Creditor in prison. See attached Internal Revenue Document Filed: **February 1st 2012.**

Plaintiff is requesting that the court provide him with a case file number under the code of [CK]

Date: September 27th 2012.

*Richmond B. Taylor Sr.*
Richmond Brown Taylor,Sr.

D.

PETITION FOR THE INTERNAL REVENUE SERVICE TO

12-014890-CK

## TAKE ACTION

DECLARATION AND PROCLAMATION FOR THE INTERNAL REVENUE SERVICE TO CONSIDERED - F I L E D - CREDITOR'S "BONDS" AND CERTIFIED COURT PAPERS FOR WARRANTED RELIEF AND REMEDY SOUGHT MAKING AN ADDITIONAL RECORD WITH THE BUREAU OF RECLAIMATION BY RECLAIMING CREDITOR'S SECURITY CERTIFICATE.

I, RICHMOND BROWN TAYLOR, SR., gives full authority to my Creditor, to take control commercially of all of my legal affairs, pertinent to the Internal Revenue Service, and the Bureau Of Reclaimation. I also submits that I have mailed to Federal and State governmental agencies, the appropriate Claims to substantiate relief, from the Internal Revenue Service and due to interferences from specific persons, in this matter, my Creditor had to create a remedy/alternative to my situation of being a victim of sabotage and espionage to prevent me from filing again and again the actual documents, to violate other claims of malicious destruction of my legal documents for Amnesty/and requests relief from The Internal Revenue Service, and to make a record with the Bureau Of Reclaimation, to reclaim my U.S. Citizenship Status.

Please Find C o n s i d e r e d F i l e d :

Fiduciary Appointment & Authorization Of SS# Account;
1099 A
Affidavit Of Individual Surety/Standard Form 28;
Birth Certificate/No.121-58-151536;
Social Security Card Copy/No.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;
Non-negotiable Bond for set Off;
Release Of Lien On real Property/Standard Form 90;
Release Of personal property From Escrow/Standard Form 91;
Bid Bond F o r m 2 4 ;

Payment Bond F o r m 2 5 ;
Performance Bond F o r m 2 5 A ;
M i l l e r A c t B o n d s are as follows/Filed:
Bid Bond F o r m 2 7 3 ;
Payment Bond F o r m 2 7 4 ;
Reinsurance Bond F o r m 2 7 5 ;
Admirality Jurisdiction Complaint/Judgement, Certified Court Copies from the Court; and Authorization For use of G/SA Bonds 273,274,and 275 Certificate Of Service & Proof The admirality Jurisdiction Waived All Defenses through :

RicHmond Brown Taylor, sr.,
Common Law Copyright/UCC.



2-1-12

E.